BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:

BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTION LIABILITY LITIGATION

MDL No. _____

## SCHEDULE OF ACTIONS

| | Plaintiff(s) | Defendant(s) | Movant(s), if applicable | District | Civil Action No. | Judge |
|---|---|---|---|---|---|---|
| 1 | Charles Robbins and all others similarly situated | Gerber Products Company and Nurture, Inc. | | Central District of California | 2:21-cv-01457-JVS-PD | Judge James V. Selna and Magistrate Judge Patricia Donahue |
| 2 | Kendra Anderson and all others similarly situated | The Hain Celestial Group | | District of Colorado | 1:21-cv-00500-NRN | Magistrate Judge N. Reid Neureiter |
| 3 | Jenna Johnson, Abbey Johnston, Riley Bucci, Kelsey Gross, Stevie McCartin, Elaine Lake, Courtney Nemmers, Jessica Scott, Tracy Tankard, Mallory VanDyke, and all consumers who purchased baby foods manufactured by Defendants | Beech-Nut Nutrition Company, Campbell Soup Company, Gerber Products Company, Hain Celestial Group, Nurture, Inc., North Castle Partners, and Walmart, Inc. | | District of Kansas | 2:21-cv-02096-EFM-JPO | District Judge Eric F. Melgren and Magistrate Judge James P. O'Hara |
| 4 | Erin Smid and all others similarly situated | Campbell Soup Company and Plum, PBC | | District of New Jersey | 1:21-cv-02417-NLH-KMW | Judge Noel L. Hillman and Magistrate Judge Karen M. Williams |
| 5 | Melanie Shepard, Ciara Vargas, Tisha Valdez, Gwyndaline Quarles, and all others similarly situated | Gerber Products Company | | District of New Jersey | 2:21-cv-01977-CCC-MF | Judge Claire C. Cecchi and Chief Mag. Judge Mark Falk |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Jessica Moore and all others similarly situated | Gerber Products Company | | District of New Jersey | 2:21-cv-02516-CCC-MF | Judge Claire C. Cecchi and Chief Mag. Judge Mark Falk |
| 7 | Michele Wallace, Ahkilah Johnson, Vanessa Gallucci, Sarah Wardale, Sarah Brown, Jennifer Gaetan, and all others similarly situated | Gerber Products Company, Beech-Nut Nutrition Company, Nurture, Inc., and The Hain Celestial Group, Inc. | | District of New Jersey | 2:21-cv-02531-CCC-MF | Judge Claire C. Cecchi and Chief Mag. Judge Mark Falk |
| 8 | Jeremy Cantor, Ashley Allen, Dominick Grossi, Anthony Harrison, Heather Hyden, Lisa Losiewicz, Haley Sams, and Vito Scarola | Gerber Products Company | | District of New Jersey | 2:21-cv-03402-CCC-ESK | Judge Claire C. Cecchi and Magistrate Judge Edward S. Kiel |
| 9 | Michelle Walls, N. W. a minor child, and all others similarly situated | Beech-Nut Nutrition Company, Hain Celestial Group, Inc., Nurture, Inc., Gerber Products Co., and Plum Public Benefit Corp. | Nicole Stewart, Elizabeth Agramonte, and Summer Apicella | Eastern District of New York | 1:21-cv-00870-DG-SJB | Judge Diane Gujarati and Magistrate Judge Sanket J. Bulsara |
| 10 | Nicole Stewart, Elizabeth Agramonte, Summer Apicella, and all others similarly situated | Hain Celestial Group, Inc. | | Eastern District of New York | 2:21-cv-00678-JS-AYS | Judge Joanna Seybert and Magistrate Judge Anne Y. Shields |
| 11 | Sally Bredberg, Rebecca Bromberg, and all others similarly situated | The Hain Celestial Group, Inc. | Nicole Stewart, Elizabeth Agramonte, and Summer Apicella | Eastern District of New York | 2:21-cv-00758-JS-SIL | Judge Joanna Seybert |
| 12 | Alyssa Mays and all others similarly situated | Hain Celestial Group, Inc. | Nicole Stewart, Elizabeth Agramonte, and Summer Apicella | Eastern District of New York | 2:21-cv-00805-SJF-SIL | Judge Sandra J. Feuerstein and Magistrate Judge Steven I. Locke |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | Lee Boyd and all others similarly situated | Hain Celestial Group, Inc. | Nicole Stewart, Elizabeth Agramonte, and Summer Apicella | Eastern District of New York | 2:21-cv-00884-JS-AKT | Judge Joanna Seybert and Magistrate Judge A. Kathleen Tomlinson |
| 14 | Kelly McKeon, Renee Bryan, Marilyn Cason, and all others similarly situated | Hain Celestial Group | Nicole Stewart, Elizabeth Agramonte, and Summer Apicella | Eastern District of New York | 2:21-cv-00938-JMA-SIL | Judge Joan M. Azrack and Magistrate Judge Steven I. Locke |
| 15 | Leiba Baumgarten and all others similarly situated | The Hain Celestial Group, Inc. | Nicole Stewart, Elizabeth Agramonte, and Summer Apicella | Eastern District of New York | 2:21-cv-00944-JMA-ST | Judge Joan M. Azrack and Magistrate Judge Steven Tiscione |
| 16 | Charlotte Willoughby | Hain Celestial Group | Nicole Stewart, Elizabeth Agramonte, and Summer Apicella | Eastern District of New York | 2:21-cv-00970-SJF-ARL | Judge Sandra J. Feuerstein and Magistrate Judge Arlene R. Lindsay |
| 17 | Lumarie Lopez-Sanchez and all others similarly situated | The Hain Celestial Group, Inc. | | Eastern District of New York | 2:21-cv-01045-GRB-AKT | Judge Gary R. Brown and Magistrate Judge A. Kathleen Tomlinson |
| 18 | Shanely Zorrilla and all others similarly situated | Hain Celestial Group, Inc. | Nicole Stewart, Elizabeth Agramonte, and Summer Apicella | Eastern District of New York | 2:21-cv-01062-GRB-ST | Judge Gary R. Brown and Magistrate Judge Steven Tiscione |
| 19 | Lynda Galloway and all others similarly situated | Hain Celestial Group, Inc. | Nicole Stewart, Elizabeth Agramonte, and Summer Apicella | Eastern District of New York | 2:21-cv-01067-JS-AYS | Judge Joanna Seybert and Magistrate Judge Anne Y. Shields |
| 20 | Emily Baccari, Dominick Grossi, Heather Hyden, Haley Sams, Vito Scarola and all others similarly situated | Hain Celestial Group, Inc. | Nicole Stewart, Elizabeth Agramonte, and Summer Apicella | Eastern District of New York | 2:21-cv-01076-JS-AYS | Judge Joanna Seybert and Magistrate Judge Anne Y. Shields |

| # | Plaintiffs | Defendants | | District | Case No. | Judge |
|---|---|---|---|---|---|---|
| 21 | Lori-Anne Albano, Myjorie Philippe, Rebecca Telaro, Alyssa Rose, and all others similarly situated | Hain Celestial Group, Inc., Beech-Nut Nutrition Company, Gerber Products Company, and Nurture, Inc. | Nicole Stewart, Elizabeth Agramonte, and Summer Apicella | Eastern District of New York | 2:21-cv-01118-JMA-AKT | Judge Joan M. Azrack and Magistrate Judge A. Kathleen Tomlinson |
| 22 | Kathleen Keeter | Gerber Products Company | | Eastern District of Virginia | 1:21-cv-00269-LO-TCB | District Judge Liam O'Grady and Magistrate Judge Theresa Carroll Buchanan |
| 23 | Jamie Moore | Gerber Products Company | | Eastern District of Virginia | 1:21-cv-00277-LO-TCB | Unassigned |
| 24 | Crista Marie Hazely, Kathryn McCarthy, and all others similarly situated | Gerber Products Co. | | Middle District of Florida | 6:21-cv-00317-WWB-DCI | Judge Wendy W. Berger and Magistrate Judge Daniel C. Irick |
| 25 | Ludmila Gulkarov and all others similarly situated | Plum, PBC | | Northern District of California | 4:21-cv-00913-YGR | Judge Yvonne Gonzalez Rogers |
| 26 | Kelly McKeon, Josh Crawford, and all others similarly situated | Plum, PBC and Plum, Inc. | | Northern District of California | 4:21-cv-01113-YGR | Judge Yvonne Gonzalez Rogers |
| 27 | Aileen Garces, Shalaya Martin, Kira Spurgeon, Laszlo Kovacs, Queen Pough, Stacy Musto, Carrie Ashbourne, Jessica Reed, April Gillens, Janice Wilson, Gladys Okolo, Christina Martinson, Ashlee Campion, Chris Nalley, Jennifer Weiss, Cortney Powell, Soraya Santos, Michael Morrow, Ashley Morgan, Edelin Altuve, Amy Prondzinski, Michelle Lyles, Julia Vice, Chey'na Micciche, Cori Lau, Melissa Mejia, Amber Hogan, Jessica Conner, Jenny Anderson, Elizabeth Hall, Damen Walton, Jandrea Glenn, Savanna Jarrell, Julia Milton, Lindsey Tarlton, Diego Galeana, Brandy Daniels, Lidia Tilahun, and all others similarly situated | Gerber Products Co., The Hain Celestial Group, Inc., Nurture, Inc., and Beech-Nut Nutrition Co. | | Northern District of Illinois | 1:21-cv-00719 | Judge John Robert Blakey |

| | | | | | |
|---|---|---|---|---|---|
| 28 | Marla Micks and all others similarly situated | The Hain Celestial Group, Inc. | | Northern District of Illinois | 1:21-cv-00835 | Judge Charles P. Kocoras |
| 29 | Laurie Thomas, Alison Kavulak, Jen MacLeod, Mary Narvaez, Alison Fleissner, Emily Bigaouette, Laura Eggnatz, Teresa Hagmaier, Nicole Fallon, and all others similarly situated | Beech-Nut Nutrition Company | | Northern District of New York | 1:21-cv-00133-TJM-CFH | Senior Judge Thomas J. McAvoy and Magistrate Judge Christian F. Hummel |
| 30 | Laura Peek and all others similarly situated | Beech-Nut Nutrition Company | | Northern District of New York | 1:21-cv-00167-TJM-CFH | Senior Judge Thomas J. McAvoy and Magistrate Judge Christian F. Hummel |
| 31 | Robyn Moore, Gabrielle Stuve, and all others similarly situated | Beech-Nut Nutrition Company | | Northern District of New York | 1:21-cv-00183-TJM-CFH | Senior Judge Thomas J. McAvoy and Magistrate Judge Christian F. Hummel |
| 32 | Mattia Doyle and all others similarly situated | Beech-Nut Nutrition Co. | | Northern District of New York | 1:21-cv-00186-TJM-CFH | Senior Judge Thomas J. McAvoy and Magistrate Judge Christian F. Hummel |
| 33 | Lee Boyd and all others similarly situated | Beech-Nut Nutrition Company | | Northern District of New York | 1:21-cv-00200-TJM-CFH | Senior Judge Thomas J. McAvoy and Magistrate Judge Christian F. Hummel |
| 34 | Jeremy Cantor, Ashley Allen, Dominick Grossi, Anthony Harrison, Heather Hyden, Haley Sams, Vito Scarola and all others similarly situated | Beech-Nut Nutrition Company | | Northern District of New York | 1:21-cv-00213-TJM-CFH | Senior Judge Thomas J. McAvoy and Magistrate Judge Christian F. Hummel |
| 35 | Kathey Henry | Beech-Nut Nutrition Co. | | Northern District of New York | 1:21-cv-00227-TJM-CFH | Senior Judge Thomas J. McAvoy and Magistrate Judge Christian F. Hummel |

| # | Plaintiff | Defendant | | District | Case No. | Judge |
|---|---|---|---|---|---|---|
| 36 | Michael Motherway and all others similarly situated | Beech-Nut Nutrition Company | | Northern District of New York | 1:21-cv-00229-TJM-CFH | Senior Judge Thomas J. McAvoy and Magistrate Judge Christian F. Hummel |
| 37 | Kelsey Gancarz and all others similarly situated | Beech-Nut Nutrition Company | | Northern District of New York | 1:21-cv-00258-TJM-CFH | Senior Judge Thomas J. McAvoy and Magistrate Judge Christian F. Hummel |
| 38 | Nicole Stewart, Shannon Fitzgerald, Summer Apicella, and all others similarly situated | Nurture, Inc. | | Southern District of New York | 1:21-cv-01217-MKV | Judge Mary Kay Vyskocil |
| 39 | Stephanie Soto and all others similarly situated | Nurture, Inc. | | Southern District of New York | 1:21-cv-01271-MKV | Judge Mary Kay Vyskocil |
| 40 | Nita Jain and all others similarly situated | Nurture, Inc. | | Southern District of New York | 1:21-cv-01473-MKV | Judge Mary Kay Vyskocil |
| 41 | Lillian Hampton, Kelly Mckeon, Jen Macleod, and all others similarly situated | Nurture, Inc. | | Southern District of New York | 1:21-cv-01882-UA | Judge Unassigned |
| 42 | Jodi Smith and all others similarly situated | Nurture, Inc. | | Southern District of New York | 7:21-cv-01534-UA | Judge Unassigned |
| 43 | Katesha Smith, Miranda Fogle, and all others similarly situated | The Hain Celestial Group, Inc. | | Western District of Missouri | 4:21-cv-00129-BP | Chief District Judge Beth Phillips |