# **CERTIFICATE OF SERVICE**

Jason P. Sultzer, an attorney, hereby certifies that he caused the above and foregoing *Notice of Appearance* to be served upon counsel of record in this case via the U.S. Judicial Panel on Multidistrict Litigation CM/ECF System on this day March 9, 2021.

                                                         /s/ Jason P. Sultzer
                                                        Jason P. Sultzer, Esq.