# AMENDED CERTIFICATE OF SERVICE

Jason P. Sultzer, an attorney, hereby certifies that he caused the above and foregoing *Notice of Appearance* to be served upon counsel of record in this case via the U.S. Judicial Panel on Multidistrict Litigation CM/ECF System on this day March 9, 2021.

The above and foregoing *Notice of Appearance* was served upon the following parties as below addressed, via first class mail on this day, March 11, 2021:

Beech-Nut Nutrition Company
One Nutrition Place
Amsterdam, NY 12010

The Hain Celestial Group
111 Marcus Ave,
Lake Success, NY 11042

                                              /s/ Jason P. Sultzer
                                              Jason P. Sultzer, Esq.