# **CERTIFICATE OF SERVICE**

Max E. Rodriguez, an attorney, hereby certifies that he caused the above and foregoing *Notice of Appearance* to be served upon counsel of record in this case via the U.S. Judicial Panel on Multidistrict Litigation CM/ECF System on this day March 11, 2021.

The above and foregoing *Notice of Appearance* was served upon the following parties, as below addressed, via first class U.S. mail on this day March 11, 2021:

| | |
|---|---|
| Gerber Products Co.<br>c/o Its Regsitered Agent<br>Corporation Services Co.<br>100 Shockoe Slip<br>Richmond, VA 23219 | Nurture Inc.<br>c/o Its Registered Agent<br>Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building, Suite 104<br>Wilmington, DE 19810 |
| Plum Public Benefit Corp.<br>c/o Its Registered Agent<br>1209 Orange Street<br>Wilmington, DE 19801 | Hain Celestial Group Co.<br>c/o Its Registered Agent<br>CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |

/s/ Max E. Rodriguez

Max E. Rodriguez
Pollock Cohen LLP
60 Broad Street, 24th Fl.
New York, NY 10004
Tel.: (646) 290-7509
Email: max@pollockcohen.com