# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | : : : : : | MDL No. 2997 |

## NOTICE OF RELATED ACTION

In accordance with Rules of Procedure 6.2(d) and 7.1(a) of the Judicial Panel on Multidistrict Litigation, plaintiffs Erik Lawrence, Rachel M. Frantz, and Marie Mezile write to notify the Panel of the following related action: *Erik Lawrence, et al. v. Hain Celestial Group, et al.*, Case 1:21-cv-01287 (E.D.N.Y.) (Judge Eric R. Komitee).  The Complaint and docket sheet are attached.

Dated: March 12, 2021

Respectfully submitted,

/s/ William E. Hoese
William E. Hoese
KOHN, SWIFT & GRAF, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103
(215) 238-1700
whoese@kohnswift.com

Attorneys for Plaintiffs

{00217394 }