**CERTIFICATE OF SERVICE**

    I, William E. Hoese, hereby certify on the 12th day of March, 2021, a copy of the foregoing document was filed electronically with the MDL's ECF system, which sends electronic notice to counsel.

Dated: March 12, 2021                      /s/ *William E. Hoese*

{00217409 }110856