BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2997 |

_____/

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs AG; HG; and XG, hereby notify the Clerk of the Panel of the related action listed on the attached Schedule of Actions. Copies of the docket sheet and the complaint are also attached. Plaintiffs' complaint involves common factual questions with those actions involved in the pending Motion to Transfer Actions [D.E. 1].

Dated: March 17, 2021

BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.

Pedram Esfandiary, Esq. (SBN: 312569)
pesfandiary@baumhedlundlaw.com
Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Counsel for Plaintiffs*

1