BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: BABY FOOD**      **MDL NO. 2997**
**MARKETING, SALES**
**PRACTICES AND PRODUCTS**
**LIABILITY LITIGATION**

_____/

## SCHEDULE OF ACTIONS

|   | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | AG; HG; and XG, individually and represented by their mother and guardian ad litem Valencia Gibson | Plum, PBC; Hain Celestial Group, Inc.; Gerber Products Company; Nurture, Inc.; Beech-Nut Nutrition Company; and Sprout Foods, Inc. | California Northern District | 3:21-cv-01600-JD | Judge James Donato |