## CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, I, Pedram Esfandiary, hereby certify that on March 17, 2021, I electronically filed the foregoing document with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system.  I also certify that the foregoing document is being served on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF, or via mail to the addresses indicated below:

| | |
|---|---|
| Plum, PBC<br>c/o Its Registered Agent<br>The Corporation Trust Company<br>Corporation Trust Center 1209 Orange St<br>Wilmington, DE 19801 | Gerber Products Company<br>c/o Its Registered Agent<br>CSC-Lawyers Incorporating Service (Company)<br>2900 West Road, Ste 500<br>East Lansing, MI 48823 |
| Beech-Nut Nutrition Company<br>c/o Its Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Nurture, Inc.<br>c/o Its Registered Agent<br>Corporation Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building, Suite 104<br>Wilmington, Delaware 19810 |
| The Hain Celestial Group<br>c/o Its Registered Agent<br>The Corporation Trust Company<br>Corporation Trust Center 1209 Orange St<br>Wilmington, DE 19801 | Sprout Foods, Inc.<br>c/o Its Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |

Dated:  March 17, 2021　　　　　　　　　　**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Pedram Esfandiary, Esq. (SBN: 312569)
　　　　　　　　　　　　　　　　　　　　　pesfandiary@baumhedlundlaw.com
　　　　　　　　　　　　　　　　　　　　　Brent Wisner, Esq. (SBN: 276023)
　　　　　　　　　　　　　　　　　　　　　rbwisner@baumhedlundlaw.com
　　　　　　　　　　　　　　　　　　　　　10940 Wilshire Blvd., 17th Floor

Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Counsel for Plaintiffs*