**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION LITIGATION | MDL DOCKET NO. 2997 |

## NOTICE OF RELATED ACTION

In accordance with the Rules of Procedure for the United States Panel on Multidistrict Litigation, the undersigned counsel for Plaintiff hereby notifies the Panel of a related action recently removed to the District of Minnesota:

- *LaKendrea Camille McNealy, Individually and on Behalf of All Others Similarly Situated v. Gerber Products Company,* Civil No. 0:21-cv-00666-PJS-DTS (D. Minn.)

A schedule of actions, current docket sheet and the Complaint are attached.

Dated: March 18, 2021

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Robert K. Shelquist (MN #21310X)
Rebecca A. Peterson (MN #0392663)

By: s/ Rebecca A. Peterson

100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com

557792.1

LITE DEPALMA GREENBERG, LLC
Joseph DePalma
Susana Cruz Hodge
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
      scruzhodge@litedepalma.com

CUNEO GILBERT & LADUCA, LLP
Charles LaDuca
Katherine Van Dyck
C. William Frick
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone:(202) 789-3960
Facsimile:  (202) 789-1813
E-mail: charles@cuneolaw.com
      kvandyck@cuneolaw.com
      bill@cuneolaw.com

**Attorneys for Plaintiff**
**LaKendrea Camille McNealy**