BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION LITIGATION | MDL DOCKET NO. 2997 |
|---|---|

SCHEDULE OF ACTIONS

| Parties | Court | Case No. | Judge |
|---|---|---|---|
| **Plaintiffs:** LaKendrea Camille McNealy, individually and on behalf of all others similarly situated **Defendant:** Gerber Products Company | United States District Court, District of Minnesota | 0:21-cv-00666-PJS-DTS | Patrick J. Schiltz |

540235.1