## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: Baby Food Marketing, Sales Practices and Products Liability Litigation | MDL Docket No. 2997 |
|---|---|

## PROOF OF SERVICE

I, Annick Persinger, hereby certify that on March 18, 2021, I caused true and correct copies of the attached **NOTICE OF APPEARANCE** and this proof of service to be filed electronically with the Clerk of the Panel using the Judicial Panel on Multidistrict Litigations CM/ECF electronic filing system. I further certify that true copies were also served by electronic mail to those on the attached Service List.

DATED: March 18, 2021  **TYCKO & ZAVAREEI LLP**

By: */s/ Annick Persinger*
 Annick Persinger

Annick Persinger
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: 510-254-6806
Facsimile: (202) 973-0950
Email: apersinger@tzlegal.com

*Counsel for Plaintiff Mattia Doyle*

# SERVICE LIST

Jonathan K. Tycko
Hassan A. Zavareei
Allison Parr
Tycko & Zavareei LLP
1828 L Street N.W. , Suite 1000
Washington, DC 20036
202-973-0900
Fax: 202-973-0950
Email: hzavareei@tzlegal.com
Email: jtycko@tzlegal.com
Email: aparr@tzlegal.com

Kathleen E. McCarthy
King, Spalding Law Firm - NY Office
1185 Avenue of the Americas
New York, NY 10036-4003
212-556-2100
Fax: 212-556-2222
Email: kmccarthy@kslaw.com

Livia M. Kiser
King & Spalding
110 N Wacker Drive
Suite 3800
Chicago, IL 60606
312-764-6911
Email: lkiser@kslaw.com