**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 2997 |

**NOTICE OF RELATED ACTIONS**

In accordance with Rules of Procedure 6.2(d) and 7.1(a) of the Judicial Panel on Multidistrict Litigation, plaintiffs Muslin Pierre-Louis, Richard Chase and Stacey Chase write to notify the Panel of the following related actions:

1. *Muslin Pierre-Louis v. Gerber Products Company*, Case No. 2:21-cv-04791 (D.N.J.) (Hon. Claire C. Cecchi, U.S.D.J.)

2. *Chase, et al. v. Campbell Soup Company, et al.*, Case No. 1:21-cv-04650 (D.N.J.) (Hon. Noel L. Hillman, U.S.D.J.)

Dated: March 19, 2021

>*/s/ Matthew R. Mendelsohn*
>Matthew R. Mendelsohn
>**Mazie Slater Katz & Freeman, LLC**
>103 Eisenhower Parkway
>Roseland, NJ 07068
>(973) 228-0391
>mrm@mazieslater.com
>
>*Attorneys for Plaintiffs*