**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 2997 |

**SCHEDULE OF ACTIONS**

1. *Muslin Pierre-Louis v. Gerber Products Company*, Case No. 2:21-cv-04791 (D.N.J.) (Hon. Claire C. Cecchi, U.S.D.J.)

2. *Chase, et al. v. Campbell Soup Company, et al.*, Case No. 1:21-cv-04650 (D.N.J.) (Hon. Noel L. Hillman, U.S.D.J.)

Dated: March 19, 2021

> */s/ Matthew R. Mendelsohn*
> Matthew R. Mendelsohn
> **Mazie Slater Katz & Freeman, LLC**
> 103 Eisenhower Parkway
> Roseland, NJ 07068
> (973) 228-0391
> mrm@mazieslater.com
>
> *Attorneys for Plaintiffs*