**CERTIFICATE OF SERVICE**

I, Matthew R. Mendelsohn, Esq., hereby certify that I caused a copy of the foregoing Notice of Related Actions to be served upon counsel of record in this case via the U.S. Judicial Panel on Multidistrict Litigation CM/ECF System on this 19th day of March, 2021.

Dated: March 19, 2021

                                        */s/ Matthew R. Mendelsohn*
                                        Matthew R. Mendelsohn
                                        **Mazie Slater Katz & Freeman, LLC**
                                        103 Eisenhower Parkway
                                        Roseland, NJ 07068
                                        (973) 228-0391
                                        mrm@mazieslater.com

                                        *Attorneys for Plaintiffs*