**BEFORE**
**THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2997** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 9, 2021, a true and correct copy of the Notice of Appearance of Carl V. Malmstrom was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Carl V. Malmstrom
Carl V. Malmstrom