**AMENDED CERTIFICATE OF SERVICE**

I, Matthew R. Mendelsohn, Esq., hereby certify that on this 19th day of March, 2021, I caused a copy of the foregoing Notice of Related Actions to be served upon:

1. counsel of record in this case via the U.S. Judicial Panel on Multidistrict Litigation CM/ECF System; and

2. the following parties via regular and certified mail:

> Gerber Products Company
> 1812 North Moore St.
> Rosslyn, Virginia 22209
>
> Campbell's Soup Company
> 1 Campbell Pl.
> Camden, NJ 08103
>
> Plum, PBC c/o
> c/o Campbell's Soup Company
> 1 Campbell Pl.
> Camden, NJ 08103

Dated: March 19, 2021

> /s/ Matthew R. Mendelsohn
> Matthew R. Mendelsohn
> **Mazie Slater Katz & Freeman, LLC**
> 103 Eisenhower Parkway
> Roseland, NJ 07068
> (973) 228-0391
> mrm@mazieslater.com
>
> *Attorneys for Plaintiffs*