BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2997 |

## PROOF OF SERVICE

I, Rebecca A. Peterson, hereby certify that my Notice of Appearance was filed on March 18, 2021 using the JPML ECF System, which sends electronic notice to counsel. It was also served via e-mail on March 22, 2021 on the following counsel listed below:

| | |
|---|---|
| Dean N. Panos<br>JENNER & BLOCK<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>dpanos@jenner.com<br>**Attorney for Hain Celestial Group d/b/a Earth's Best Organics** | Dale J. Giali<br>Keri E. Borders<br>Rebecca B. Johns<br>MAYER BROWN LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1503<br>dgiali@mayerbrown.com<br>kborders@mayerbrown.com<br>rjohns@mayerbrown.com<br>**Attorneys for Plum PBC** |
| Hope Freiwald<br>DECHERT LLP<br>2929 Arch Street,<br>Philadelphia, PA 19104-2808<br>hope.freiwald@dechert.com<br>**Attorney for Plum PBC** | Mark Cheffo<br>DECHERT LLP<br>1095 Avenue of the Americas,<br>New York, NY, 10036-6797<br>mark.cheffo@dechert.com<br>**Attorney for Plum PBC** |

557863.2

|  |  |
|---|---|
| Christina Sarchio<br>DECHERT LLP<br>1900 K Street, NW,<br>Washington, DC, 20006-1110<br>christina.sarchio@dechert.com<br>**Attorney for Plum PBC** | Kathleen E. McCarthy<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>kmccarthy@kslaw.com<br>**Attorney for Beech-Nut Nutrition Company** |
| Livia Anne McCammon Kiser<br>KING & SPALDING LLP<br>110 N. Wacker Dr., Suite 3800<br>Chicago, IL 60606<br>**Attorney for Beech-Nut Nutrition Co.** | Negin Hadaghian<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020-1104<br>Negin.hadaghian@us.dlapiper.com<br>**Attorney for Nurture, Inc.** |
| Matthew R. Devine<br>WHITE & CASE LLP<br>111 S Wacker Drive<br>Suite 5100<br>Chicago, IL 60606<br>(312) 881-5400<br>matthew.devine@whitecase.com<br>**Attorney for Gerber Products Co** | Arthur G. Boylan<br>Norman H. Pentelovitch<br>ANTHONY OSTLUND BAER<br>& LOUWAGIE P.A.<br>3600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone: (612) 349-6969<br>aboylan@anthonyostlund.com<br>npentelovitch@antonyostlund.com<br>**Attorney for Gerber Products Co** |
| Bryan A. Merryman<br>WHITE & CASE LLP<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071-2433<br>(213) 620-7700<br>bmerryman@whitecase.com<br>**Attorney for Gerber Products Co** |  |

557863.2                                                     2

Dated:  March 22, 2021

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Robert K. Shelquist (MN #21310X)
Rebecca A. Peterson (MN #0392663)

By:  s/  Rebecca A. Peterson

100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
E-mail: rkshelquist@locklaw.com
           rapeterson@locklaw.com

LITE DEPALMA GREENBERG, LLC
Joseph DePalma
Susana Cruz Hodge
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
           scruzhodge@litedepalma.com

CUNEO GILBERT & LADUCA, LLP
Charles LaDuca
Katherine Van Dyck
C. William Frick
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone:(202) 789-3960
Facsimile:  (202) 789-1813
E-mail: charles@cuneolaw.com
           kvandyck@cuneolaw.com
           bill@cuneolaw.com

**Attorneys for Plaintiff Charlotte Willoughby, Ludmila Gulkarov, Laura Peek, Jodi Smith and LaKendrea Camille McNealy**