**CERTIFICATE OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, I, R. Brent Wisner, hereby certify that on March 22, 2021, I electronically filed the foregoing document with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system.  I also certify that the foregoing document is being served on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF, or via mail to the addresses indicated below:

| | |
|---|---|
| Plum, PBC<br>c/o Its Registered Agent<br>The Corporation Trust Company<br>Corporation Trust Center 1209 Orange St<br>Wilmington, DE 19801 | Gerber Products Company<br>c/o Its Registered Agent<br>CSC-Lawyers Incorporating Service (Company)<br>2900 West Road, Ste 500<br>East Lansing, MI 48823 |
| Beech-Nut Nutrition Company<br>c/o Its Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Nurture, Inc.<br>c/o Its Registered Agent<br>Corporation Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building, Suite 104<br>Wilmington, Delaware 19810 |
| The Hain Celestial Group<br>c/o Its Registered Agent<br>The Corporation Trust Company<br>Corporation Trust Center 1209 Orange St<br>Wilmington, DE 19801 | Sprout Foods, Inc.<br>c/o Its Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |

Dated:  March 22, 2021

**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**

 /s/ R. Brent Wisner, Esq.
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Pedram Esfandiary, Esq. (SBN: 312569)
pesfandiary@baumhedlundlaw.com
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone:  (310) 207-3233
Facsimile:   (310) 820-7444

*Counsel for Plaintiffs*