BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTION LIABILITY LITIGATION | MDL No.:   2997 |

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the Notice of Appearance has been electronically filed with the United States Judicial Panel on Multidistrict Litigation on March 22, 2021 by using the CM/ECF system, which will send notice of electronic filing to all parties of record.   A copy was also served by ECF, Email or U.S. First-Class Mail, on March 22, 2021, to the following:

> Geoffrey W. Castello
> Kelley Drye & Warren, LLP
> One Jefferson Road, 2nd Floor
> Parsippany, NJ   07054
> gcastello@kellerydrye.com
>
> Glenn T. Graham
> Kelley Drye & Warren, LLP
> One Jefferson Road, 2nd Floor
> Parsippany, NJ   07054
> ggraham@kelleydrye.com
>
> ***Attorneys for Gerber Products Company***

Dated: March 22, 2021                                              Respectfully Submitted By:

/s/ Charles E. Schaffer
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
T: (215) 592-1500
F: (215) 592-4663
E: cschaffer@lfsblaw.com

*Attorneys for Plaintiffs Melanie Shepard, Ciara Vargas, Tish Valdez, Gwyndaline Quarles*

No. 2:21-cv-01977 (NJD)