# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2997 & TITLE - IN RE: Baby Food Marketing, Sales Practices and Products Liability Litigation

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Nurture, Inc.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

See attached.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

Mar. 22, 2021          /s/ Angela C. Agrusa

Date          Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Angela C. Agrusa, DLA Piper LLP (US), 2000 Avenue of the Stars, Ste. 400, North Tower, Los Angeles, CA 90067

Telephone No.: 310-595-3000      Fax No.: 310-595-3300

Email Address: angela.agrusa@us.dlapiper.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

**Schedule of Actions:**

1. *Robbins v. Gerber Products Company et. al.*, 2:21-cv-01457 (C.D. Cal.); Judge James V. Selna
2. *Johnson et. al. v. Beech-Nut Nutrition Company et. al.*, 2:21-cv-02096 (D. Kan.); Judge Eric F. Melgren
3. *Wallace et. al. v. Gerber Products Company et. al.*, 2:21-cv-02531 (D. N.J.); Judge Claire C. Cecchi
4. *Walls et. al. v. Beech-Nut Nutrition Company et. al.*, 1:21-cv-00870 (E.D.N.Y.); Judge Diane Gujarati
5. *Albano et. al. v. Hain Celestial Group, Inc. et. al.*, 2:21-cv-01118 (E.D.N.Y); Judge Joan M. Azrack
6. *Garces et. al. v. Gerber Products Company et. al.*, 1:21-cv-00719 (N.D. Ill.); Judge John Robert Blakey
7. *Stewart et. al. v. Nurture, Inc.*, 1:21-cv-01217 (S.D.N.Y.); Judge Mary Kay Vyskocil
8. *Soto v. Nurture, Inc.*, 1:21-cv-01271 (S.D.N.Y.); Judge Mary Kay Vyskocil
9. *Jain v. Nurture, Inc.*, 1:21-cv-01473 (S.D.N.Y.); Judge Mary Kay Vyskocil
10. *Hampton et. al. v. Nurture, Inc.*, 1:21-cv-01882 (S.D.N.Y.); Judge Mary Kay Vyskocil
11. *Smith v. Nurture, Inc.*, 7:21-cv-01534 (S.D.N.Y.); Judge Mary Kay Vyskocil
12. *Lawrence et. al. v. Hain Celestial Group et. al.*, 1:21-cv-01287 (E.D.N.Y.); Judge Eric R. Komitee
13. *AG et. al. v. Plum, PBC et. al.*, 4:21-cv-1600 (N.D. Cal.); Judge James Donato

## BEFORE THE UNITED STATES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTION LIABILITY LITIGATION | MDL Docket No. 2997 |

## **PROOF OF SERVICE**

I hereby certify that on March 22, 2021, I caused a copy of the foregoing Notice of Appearance and this Proof of Service to be filed with the Court's CM/ECF system, which sends a service copy to all counsel in the action at their associated email addresses.

Dated: March 22, 2021

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Angela Agrusa*
Angela Agrusa
2000 Avenue of the Stars
400 North Tower
Los Angeles, CA 90067
T: 310.595.3000
F: 310.595.3300
E: angela.agrusa@us.dlapiper.com

*Counsel for Nurture, Inc.*