**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | | MDL DOCKET NO. 2997 |

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS – SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Crista Marie Hazely and Kathryn McCarthy | Gerber Products Company | E.D. Va. | 1:21-cv-00321-LO-TCB | Judge Liam O'Grady |
| 2. | Vanessa Mathiesen | Plum, PBC | N.D. Cal. | Case No. 4:21-cv-01763-KAW | Magistrate Judge Kandis A. Westmore |

Dated:  March 22, 2021

Respectfully submitted,

*/s/ Lori G. Feldman*
Lori G. Feldman, Esq.
**GEORGE GESTEN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Phone: (917) 983-9321
Fax: (888) 421-4173
Email: LFeldman@4-justice.com
E-Service: eService@4-Justice.com

David J. George, Esq.
Brittany L. Brown, Esq.
**GEORGE GESTEN MCDONALD, PLLC**
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Phone: (561) 232-6002
Fax: (888) 421-4173
Email: DGeorge@4-Justice.com
E-Service: eService@4-Justice.com

*Counsel for Crista Hazely and Vanessa Mathiesen*