BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2997 |
|---|---|

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential Tag-Along Actions, the accompanying Schedule of Actions, and this Certificate of Service were served electronically via the JPML ECF system on March 22, 2021 on the following counsel of record:

|  |  |
|---|---|
| Dean N. Panos<br>JENNER & BLOCK<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>dpanos@jenner.com<br>**Attorney for Hain Celestial Group d/b/a Earth's Best Organics** | Dale J. Giali<br>Keri E. Borders<br>Rebecca B. Johns<br>MAYER BROWN LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1503<br>dgiali@mayerbrown.com<br>kborders@mayerbrown.com<br>rjohns@mayerbrown.com<br>**Attorneys for Plum PBC** |
| Hope Freiwald<br>DECHERT LLP<br>2929 Arch Street,<br>Philadelphia, PA 19104-2808<br>hope.freiwald@dechert.com<br>**Attorney for Plum PBC** | Mark Cheffo<br>DECHERT LLP<br>1095 Avenue of the Americas,<br>New York, NY, 10036-6797<br>mark.cheffo@dechert.com<br>**Attorney for Plum PBC** |

1

|  |  |
|---|---|
| Christina Sarchio<br>DECHERT LLP<br>1900 K Street, NW,<br>Washington, DC, 20006-1110<br>christina.sarchio@dechert.com<br>**Attorney for Plum PBC** | Kathleen E. McCarthy<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>kmccarthy@kslaw.com<br>**Attorney for Beech-Nut Nutrition Company** |
| Livia Anne McCammon Kiser<br>KING & SPALDING LLP<br>110 N. Wacker Dr., Suite 3800<br>Chicago, IL 60606<br>**Attorney for Beech-Nut Nutrition Co.** | Negin Hadaghian<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020-1104<br>Negin.hadaghian@us.dlapiper.com<br>**Attorney for Nurture, Inc.** |
| Matthew R. Devine<br>WHITE & CASE LLP<br>111 S Wacker Drive<br>Suite 5100<br>Chicago, IL 60606<br>(312) 881-5400<br>matthew.devine@whitecase.com<br>**Attorney for Gerber Products Co** | Arthur G. Boylan<br>Norman H. Pentelovitch<br>ANTHONY OSTLUND BAER<br>& LOUWAGIE P.A.<br>3600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone: (612) 349-6969<br>aboylan@anthonyostlund.com<br>npentelovitch@antonyostlund.com<br>**Attorney for Gerber Products Co** |
| Bryan A. Merryman<br>WHITE & CASE LLP<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071-2433<br>(213) 620-7700<br>bmerryman@whitecase.com<br>**Attorney for Gerber Products Co** |  |

Dated:  March 22, 2021

Respectfully submitted,

*/s/ Lori G. Feldman*
Lori G. Feldman, Esq.
**GEORGE GESTEN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Phone: (917) 983-9321
Fax: (888) 421-4173

Email: LFeldman@4-justice.com
E-Service: eService@4-Justice.com

David J. George, Esq.
Brittany L. Brown, Esq.
**GEORGE GESTEN MCDONALD, PLLC**
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Phone: (561) 232-6002
Fax: (888) 421-4173
Email: DGeorge@4-Justice.com
E-Service: eService@4-Justice.com

*Counsel for Crista Hazely and Vanessa Mathiesen*

3