**Matthew R. Mendelsohn – Notice of Appearance**
**MDL No. 2997**

*In re Baby Food Marketing, Sales Practices and Products Liability Litigation*

**SHORT CASE CAPTION(S):**

1. *Pierre-Louis v. Gerber Products Company*, No.: 2:21-cv-04791-CCC-MF (D.N.J.)

2. *Chase v. Campbell Soup Company, et al.*, No.: 1:21-cv-4650-NLH-KMW (D.N.J.)

Matthew R. Mendelsohn
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-0391
mrm@mazieslater.com

*Attorneys for Plaintiffs*