## CERTIFICATE OF SERVICE

I, Matthew R. Mendelsohn, Esq., hereby certify that on this 23rd day of March, 2021, I caused a copy of the foregoing Notice of Appearance to be served upon:

1. counsel of record in this case via the U.S. Judicial Panel on Multidistrict Litigation CM/ECF System; and

2. the following parties via regular and certified mail:

   Gerber Products Company
   1812 North Moore St.
   Rosslyn, Virginia 22209

   Campbell's Soup Company
   1 Campbell Pl.
   Camden, NJ 08103

   Plum, PBC c/o
   c/o Campbell's Soup Company
   1 Campbell Pl.
   Camden, NJ 08103

Dated: March 23, 2021

/s/ Matthew R. Mendelsohn
Matthew R. Mendelsohn
**Mazie Slater Katz & Freeman, LLC**
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-0391
mrm@mazieslater.com

*Attorneys for Plaintiffs*