**Lori G. Feldman, Esq. Notice of Appearance**
**MDL No. 2997**

*In re Baby Food Marketing, Sales Practices and Products Liability Litigation*

**SCHEDULE OF ACTIONS:**

1. *Nicole Stewart et al. v. Hain Celestial Group, Inc.*, Case No. 2:21-cv-00678-JS-AYS (E.D.N.Y.)

2. *Nicole Stewart et al. v. Nurture, Inc.*, Case No. 1:21-cv-01217-MKV (S.D.N.Y.)

3. *Robyn Moore et al. v. Beech-Nut Nutrition Company*, Case No. 1:21-cv-00183-TJM-CFH (N.D.N.Y.)