BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2997 |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance by Lori G. Feldman, Esq., the accompanying Schedule of Actions, and this Certificate of Service were served electronically via the JPML ECF system on March 23, 2021 on the following counsel of record:

| | |
|---|---|
| Dean N. Panos<br>JENNER & BLOCK<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>dpanos@jenner.com<br>**Attorney for Hain Celestial Group d/b/a Earth's Best Organics** | Dale J. Giali<br>Keri E. Borders<br>Rebecca B. Johns<br>MAYER BROWN LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1503<br>dgiali@mayerbrown.com<br>kborders@mayerbrown.com<br>rjohns@mayerbrown.com<br>**Attorneys for Plum PBC** |
| Hope Freiwald<br>DECHERT LLP<br>2929 Arch Street,<br>Philadelphia, PA 19104-2808<br>hope.freiwald@dechert.com<br>**Attorney for Plum PBC** | Mark Cheffo<br>DECHERT LLP<br>1095 Avenue of the Americas,<br>New York, NY, 10036-6797<br>mark.cheffo@dechert.com<br>**Attorney for Plum PBC** |

| | |
|---|---|
| Christina Sarchio<br>DECHERT LLP<br>1900 K Street, NW,<br>Washington, DC, 20006-1110<br>christina.sarchio@dechert.com<br>**Attorney for Plum PBC** | Kathleen E. McCarthy<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>kmccarthy@kslaw.com<br>**Attorney for Beech-Nut Nutrition Company** |
| Livia Anne McCammon Kiser<br>KING & SPALDING LLP<br>110 N. Wacker Dr., Suite 3800<br>Chicago, IL 60606<br>**Attorney for Beech-Nut Nutrition Co.** | Negin Hadaghian<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020-1104<br>Negin.hadaghian@us.dlapiper.com<br>**Attorney for Nurture, Inc.** |
| Matthew R. Devine<br>WHITE & CASE LLP<br>111 S Wacker Drive<br>Suite 5100<br>Chicago, IL 60606<br>(312) 881-5400<br>matthew.devine@whitecase.com<br>**Attorney for Gerber Products Co** | Arthur G. Boylan<br>Norman H. Pentelovitch<br>ANTHONY OSTLUND BAER<br>& LOUWAGIE P.A.<br>3600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone: (612) 349-6969<br>aboylan@anthonyostlund.com<br>npentelovitch@antonyostlund.com<br>**Attorney for Gerber Products Co** |
| Bryan A. Merryman<br>WHITE & CASE LLP<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071-2433<br>(213) 620-7700<br>bmerryman@whitecase.com<br>**Attorney for Gerber Products Co** | |

Dated:  March 22, 2021

Respectfully submitted,

*/s/ Lori G. Feldman*
Lori G. Feldman, Esq.
**GEORGE GESTEN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Phone: (917) 983-9321
Fax: (888) 421-4173
Email: LFeldman@4-justice.com
E-Service: eService@4-Justice.com

2

David J. George, Esq.
Brittany L. Brown, Esq.
**GEORGE GESTEN MCDONALD, PLLC**
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Phone: (561) 232-6002
Fax: (888) 421-4173
Email: DGeorge@4-Justice.com
E-Service: eService@4-Justice.com

*Counsel for Elizabeth Agramonte, Shannon Fitzgerald, Robyn Moore, Crista Hazely and Vanessa Mathiesen*