**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2997 |
|---|---|

## SCHEDULE OF ACTIONS

|    | Case Caption | District | Case No. | Judge |
|----|---|---|---|---|
| 1. | *Thomas, et al. v. Beech-Nut Nutrition Company* | Northern District of New York | 1:21-cv-00133 | Judge Thomas J. McAvoy |
| 2. | *McKeon, et al. v. Plum, PBC, et al.* | Northern District of California | 4:21-cv-01113 | Judge Gonzalez Rogers |
| 3. | *McKeon, et al. v. Hain Celestial Group* | Eastern District of New York | 2:21-cv-00938 | Judge Joan M. Azrack |
| 4. | *Hampton, et al. v. Nurture, Inc.* | Southern District of New York | 1:21-cv-01882 | Judge Mary Kay Vyskocil |