BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2997 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Appearance and attached Schedule of Actions was filed on March 23, 2021, using the JPML ECF System, which sends electronic notice to counsel. It was also served via e-mail on March 23, 2021, on the following parties:

| *McKeon, et al., v. Plum, PBC, et al.*, No. 21-cv-01113-YGR (N.D. Cal.) ||
|---|---|
| Dale Joseph Giali<br>Keri Elizabeth Borders<br>Rebecca Bari Johns<br>Mayer Brown LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1503<br>213-229-9509<br>Fax: 213-625-0248<br>dgiali@mayerbrown.com<br>KBorders@mayerbrown.com<br>RJohns@mayerbrown.com<br><br>Christina Guerola Sarchio<br>Dechert LLP<br>1900 K Street, NW<br>Washington, DC 20006-1110<br>(202) 261-3300<br>Fax: (202) 261-3333<br>christina.sarchio@dechert.com | Mark S. Cheffo<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3500<br>Fax: (212) 994-3599<br>mark.cheffo@dechert.com |
| ***Counsel for Defendant Plum, PBC and Plum, Inc.*** ||

2

Dated:  March 23, 2021                           *s/Raina C. Borrelli*
                                                                  Raina C. Borrelli
                                                 **GUSTAFSON GLUEK PLLC**
                                                 Canadian Pacific Plaza
                                               120 South 6th Street, Suite 2600
                                               Minneapolis, MN 55402
                                             Tel: (612) 333-8844
                                             Fax: (612) 339-6622
                                             rborrelli@gustafsongluek.com

                                             *Counsel for Plaintiffs*