**In re Baby Food Marketing, Sales Practices and Prod. Liability Litig.- MDL Case No. 2997**

**SCHEDULE OF ACTIONS AND PARTIES REPRESENTED**

**1-*Cantor et al. v. Beech-Nut Nutrition Company***

U.S. District Court for the Northern District of New York
Case No. 21-cv-00213-TJM-CFH

Plaintiffs Represented:
JEREMY CANTOR; ASHLEY ALLEN; EMILY BACCARI; KAITLYNN CARSON; AMBER CAUDILL; NEISHA DANIELS; JILLIAN GEFFKEN; HANNAH GRANDT; DOMINICK GROSSI; ANTHONY HARRISON; CHRISTINA HOLLAND; HEATHER HYDEN; HEATHER MCCORMICK; HALEY SAMS; and VITO SCAROLA

**2-*Cantor et al. v. Gerber Products Company***

U.S. District Court for the District of New Jersey
Case No. 21-cv-03402-CCC-ESK

Plaintiffs Represented:
JEREMY CANTOR; ASHLEY ALLEN; EMILY BACCARI; KAITLYNN CARSON; AMBER CAUDILL; NEISHA DANIELS; FELICIA DYKES; JILLIAN GEFFKEN; JESSICA GOODPASTURE; HANNAH GRANDT; DOMINICK GROSSI; GALENA GUTIERREZ; ANTHONY HARRISON; CHRISTINA HOLLAND; HEATHER HYDEN; MERCEDES JONES; LISA LOSIEWICZ; HEATHER MCCORMICK; TERRIE MCDONALD; HALEY SAMS; and VITO SCAROLA; BAYLEE SCHAEFER; NATALIA STOROSHSKO; and ARIANE THOMAS

**3-*Baccari et al. v. Hain Celestial Group, Inc.***

U.S. District Court for the Eastern District of New York
Case No. 21-cv-01076-TS-AYS

Plaintiffs Represented:
EMILY BACCARI; DOMINICK GROSSI; HEATHER HYDEN; and VITO SCAROLA

**4-*Baccari et al. v. Campbell Soup Company; Plum, PBC***

U.S. District Court for the District of New Jersey
Case No. 21-cv-04749-NLH-KMW

Plaintiffs Represented:
EMILY BACCARI; JILLIAN GEFFKEN; HEATHER HYDEN; and MERCEDES JONES