**PROOF OF SERVICE**

       Pursuant to Rule 4.1 of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation, I hereby certify that I caused a copy of the foregoing Notice of Appearance and the accompanying Schedule of Actions and Parties Represented to be served upon counsel of record in this action electronically via the CM/ECF system on this 23rd day of March, 2021.

Dated: March 23, 2021

                                                  /s/ Steven L. Bloch
                                                  Steven L. Bloch
                                                  Silver Golub & Teitell LLP
                                                  184 Atlantic Street
                                                  Stamford, CT 06901
                                                  Tel: 203-325-4491
                                                  Fax: 203-325-3769
                                                  sbloch@sgtlaw.com