**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:<br>BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTION LIABILITY LITIGATION | MDL No. 2997 |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I caused the Notice of Appearance to be filed with the Court's CM/ECF system, which sends a service copy to all registered parties in the action at their associated email addresses.

Further, true and correct copies of the above will be served by first-class mail on the following defendants:

North Castle Partners
183 East Putnam Avenue
Greenwich, CT 06830

Walmart, Inc.
702 S.W. 8th St
Bentonville, AR 72716

Dated: March 23, 2021

Respectfully submitted,

/s/ *Douglas J. McNamara*
Douglas J. McNamara
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW
East Tower, 5th Floor
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699
Email: dmcnamara@cohenmilstein.com

*Attorney for Plaintiff Lori-Anne Albano*

1