**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:<br><br>BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTION LIABILITY LITIGATION | **MDL No. 2997** |

**SHORT CAPTIONS – SERVED CASES**

- *Chase, et al. v. Campbell Soup Co., et al.*, 1:21-cv-04650-NLH-KMW (D.N.J.)
- *Smid v. Campbell Soup Co., et al.*, 1:21-cv-02417-NLH-KMW (D.N.J.)