BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTION LIABILITY LITIGATION | MDL No. 2997 |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Corporate Disclosure Statement and this Certificate of Service were served electronically via the JPML CM/ECF system and by email on the following counsel of record:

MAZIE SLATER KATZ & FREEMAN, LLC
Adam M. Slater
Matthew R. Mendelsohn
Julia S. Slater
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-0391
aslater@mazieslater.com
mmendelsohn@mazieslater.com
jslater@mazieslater.com

*Attorneys for Plaintiffs Richard Chase and Stacey Chase*

SHUB LAW FIRM LLC
Jonathan Shub
Kevin Laukaitis
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Tel: (856) 772-7200
Fax: (856) 210-9088
jshub@shublawyers.com
klaukaitis@shublawyers.com

MASON LIETZ & KLINGER, LLP
Gary E. Mason
Danielle Perry
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Tel: 202-640-1168
Fax: 202-429-2294
gmason@masonllp.com
dlietz@masonllp.com

MASON LIETZ & KLINGER, LLP
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Tel: 202-640-1168
Fax: 202-429-2294
gklinger@masonllp.com

GOLDENBERG SCHNEIDER, L.P.A.
Jeffrey S. Goldenberg
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Phone: (513) 345-8297
Fax: (513) 345-8294
jgoldenberg@gs-legal.com

LEVIN, SEDRAN & BERMAN, LLP
Charles E. Schaffer
David C. Magagna Jr.
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 191060
Tel: 215-592-1500
Fax: 215-592-4663
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

*Attorneys for Plaintiff Erin Smid*

Dated: March 23, 2021

Respectfully submitted,

**DECHERT LLP**

*/s/ Mark Cheffo*
Mark Cheffo
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10019
Tel: (212) 689-3500
Fax: (212) 689-3590
mark.cheffo@dechert.com

*Attorney for Campbell Soup Company and Plum, PBC*