BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2997 |

## PROOF OF SERVICE

I, Janine L. Pollack, hereby certify that a copy of my Notice of Appearance was filed on March 23, 2021 using the JPML ECF System, which sends electronic notice to counsel. It was also served via e-mail on March 23, 2021 on the following counsel listed below:

Dean N. Panos
JENNER & BLOCK
353 N. Clark Street
Chicago, IL 60654-3456
dpanos@jenner.com
**Attorney for Hain Celestial Group d/b/a Earth's Best Organics**

Dale J. Giali
Keri E. Borders
Rebecca B. Johns
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
dgiali@mayerbrown.com
kborders@mayerbrown.com
rjohns@mayerbrown.com
**Attorneys for Plum PBC**

Hope Freiwald
DECHERT LLP
2929 Arch Street,
Philadelphia, PA 19104-2808
hope.freiwald@dechert.com
**Attorney for Plum PBC**

Mark Cheffo
DECHERT LLP
1095 Avenue of the Americas,
New York, NY, 10036-6797
mark.cheffo@dechert.com
**Attorney for Plum PBC**

1

Christina Sarchio
DECHERT LLP
1900 K Street, NW,
Washington, DC, 20006-1110
christina.sarchio@dechert.com
**Attorney for Plum PBC**

Livia Anne McCammon Kiser
KING & SPALDING LLP
110 N. Wacker Dr., Suite 3800
Chicago, IL 60606
**Attorney for Beech-Nut Nutrition Co.**

Matthew R. Devine
WHITE & CASE LLP
111 S Wacker Drive
Suite 5100
Chicago, IL 60606
(312) 881-5400
matthew.devine@whitecase.com
**Attorney for Gerber Products Co**

Bryan A. Merryman
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
(213) 620-7700
bmerryman@whitecase.com
**Attorney for Gerber Products Co**

Kathleen E. McCarthy
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
kmccarthy@kslaw.com
**Attorney for Beech-Nut Nutrition Company**

Negin Hadaghian
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Negin.hadaghian@us.dlapiper.com
**Attorney for Nurture, Inc.**

Arthur G. Boylan
Norman H. Pentelovitch
ANTHONY OSTLUND BAER
& LOUWAGIE P.A.
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 349-6969
aboylan@anthonyostlund.com
npentelovitch@antonyostlund.com
**Attorney for Gerber Products Co**

Dated: March 23, 2021	CALCATERRA POLLACK LLP
	Janine L. Pollack
	By: /s/ Janine L. Pollack

	1140 Avenue of the Americas, 9th Fl.
	New York, NY 10036
	Telephone: (212) 899-1765
	Facsimile: (332) 206-2073
	E-mail: jpollack@calcaterrapollack.com

	**Attorney for Plaintiffs Nicole Stewart, Summer Apicella, Kathryn McCarthy and Gabrielle Stuve**