BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTION LIABILITY LITIGATION | MDL No. 2997 |

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been electronically filed with the United States Judicial Panel on Multidistrict Litigation on March 23, 2021 via the Court's CM/ECF system, which will send notice of electronic filing to all parties of record. A copy was also served by ECF, Email or U.S. First-Class Mail, on March 23, 2021, to the following:

Christina Sarchio
**DECHERT LLP**
502 Carnegie Center, Suite #104
Princeton, NJ 08540-7814
christina.sarchio@dechert.com

Hope Freiwald
**DECHERT LLP**
2929 Arch Street
Philadelphia, PA 19104-2808
hope.freiwald@dechert.com

Mark Cheffo
**DECHERT LLP**
1095 Avenue of the Americas
New York, NY, 10036-6797
mark.cheffo@dechert.com

Dale J. Giali
Keri E. Borders
**MAYER BROWN LLP**
350 S. Grand Ave., 25th Floor
Los Angeles, CA 90071-1503
dgiali@mayerbrown.com
kborders@mayerbrown.com

*Counsel for Defendants Campbell Soup Company and Plum PBC*

Dated: March 23, 2021                                    Respectfully submitted,

                                                         <u>*/s/ Gary E. Mason*</u>
                                                         Gary E. Mason
                                                         **MASON LIETZ & KLINGER LLP**
                                                         5101 Wisconsin Avenue NW, Suite 305
                                                         Washington, D.C. 20016
                                                         Phone: (202) 429-2290
                                                         Fax: (202) 429-2294
                                                         gmason@masonllp.com

                                                         *Attorney for Plaintiff Erin Smid*

                                                         Case No. 1:21-cv-02417-NLH-KMW