Additional Parties to be Represented:

Plaintiff Kathleen Keeter

Eastern District of Virginia, 1-21-cv-0269-LO-TCB

Plaintiff Jamie Moore

Eastern District of Virginia, 1-21-cv-0277-LO-TCB