BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 2997** |

## PROOF OF SERVICE

I, Mark R. Rosen, hereby certify that my Notice of Appearance was filed on March 23, 2021 using the JPML ECF System, which sends electronic notice to all counsel of record.

Dated:   March 23, 2021

*/s/ Mark R. Rosen*
Mark R. Rosen
**Barrack, Rodos & Bacine**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
T: (215) 963-0600
F: (215) 963-0838
mrosen@barrack.com