BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 2997

## NOTICE OF RELATED ACTION

In accordance with Rule 6.2(d) of the Rules of Procedure for the for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Emily Baccari, Jillian Geffken, Heather Hyden, and Mercedes Jones hereby notify the court of the related action listed on the attached Schedule.

The docket sheet and complaint are attached.

Dated: March 23, 2021

Respectfully submitted

/s/ Steven L. Bloch
Steven L. Bloch
Ian W. Sloss
Zachary A. Rynar
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
Stamford, CT 06901
Tel: 203-325-4491
Fax: 203-325-3769
sbloch@sgtlaw.com
isloss@sgtlaw.com
zrynar@sgtlaw.com

Innessa M. Huot
FARUQI & FARUQI LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
ihuot@faruqilaw.com

*Attorneys for Plaintiffs*