BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BABY FOOD MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY　　　MDL DOCKET NO. 2997
LITIGATION

### SCHEDULE OF ACTIONS

1.　　*Baccari et al. v. Campbell Soup Company; Plum, PBC,* Case No. 1:21-cv-04749-NLH-KMW (D.N.J.) (Hon. Noel L. Hillman)

Dated: March 23, 2021　　　　　　　　　　Respectfully submitted

/s/ Steven L. Bloch
Steven L. Bloch
Ian W. Sloss
Zachary A. Rynar
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
Stamford, CT 06901
Tel: 203-325-4491
Fax: 203-325-3769
sbloch@sgtlaw.com
isloss@sgtlaw.com
zrynar@sgtlaw.com

Innessa M. Huot
FARUQI & FARUQI LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
ihuot@faruqilaw.com

*Attorneys for Plaintiffs*