BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2997 |

## PROOF OF SERVICE

Pursuant to Rule 4.1 of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation, I hereby certify that I caused a copy of the foregoing Notice of Related Action, accompanying Schedule, and Proof of Service to be served upon all counsel of record in this action electronically via the CM/ECF system on this 23rd day of March, 2021.

Dated: March 23, 2021

/s/ Steven L. Bloch
Steven L. Bloch
Ian W. Sloss
Zachary A. Rynar
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
Stamford, CT 06901
Tel: 203-325-4491
Fax: 203-325-3769
sbloch@sgtlaw.com
isloss@sgtlaw.com
zrynar@sgtlaw.com

Innessa M. Huot
FARUQI & FARUQI LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
ihuot@faruqilaw.com

*Attorneys for Plaintiffs*