**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE: Baby Food Marketing, Sales Practices and Products Liability Litigation

MDL No. **2997**

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance for Melissa R. Emert was served on Defendant in the following case electronically via ECF, or as indicated below, on March 23, 2021.

**Shanely Zorrilla v. Hain Celestial Group, Inc. NYE No. 2:21-cv-1062 Served via**

**Email**
Dean N. Panos, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
DPanos@jenner.com
(312) 923-2765
**Counsel for Defendant Hain Celestial Group, Inc.**

**Shaneley Zorrilla v. Hain Celestial Group, Inc. NYE No. 2:21-cv-1062 Served via**

**Served via US Mail**
Dean N. Panos
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
DPanos@jenner.com
(312) 923-2765
**Counsel for Defendant Hain Celestial Group, Inc.**

Dated this 23rd day of March 2021

*Respectfully Submitted,*

Gary S. Graifman, Esq
KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
ggraifman@kgglaw.com
845-356-2570
**Counsel for Plaintiff Shanely Zorrilla**