BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Baby Food Marketing, Sales Practices and Products Liability Litigation   **MDL No. 2997**

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance for Gary S. Graifman was served on Defendants in the following case electronically via ECF, or as indicated below, on March 23, 2021

**Plaintiffs Wallace et al v. Gerber Products Company, et al., NJ No. 2:21-cv-2531**

**Served via Email**

| | |
|---|---|
| Dean N. Panos, Esq.<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>(312) 923-2765<br>DPanos@jenner.com<br><br>**Counsel for Defendant Hain Celestial Group, Inc** | Angela Agrusa, Esq<br>DLA Piper LLP<br>2000 Avenue of the Stars<br>400 North Tower<br>Los Angeles, CA 90067<br>(310) 595-3000<br>(310) 595-3300<br>angela.agrusa@us.dlapiper.com<br><br>**Counsel for Defendant Nurture, Inc.** |

Geoffrey Castello, Esq.
Kelley Drye & Warren LLP
One Jefferson Road, Suite 200
Parsippany, NJ 07054
(973)503-5922
GCastello@KelleyDrye.com

**Counsel for Defendant Gerber Products Company**

**Plaintiffs Wallace et al v. Gerber Products Company, et al., NJ No. 2:21-cv-2531**

**Served via US Mail**

| | |
|---|---|
| Dean N. Panos, Esq.<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>(312) 923-2765<br>DPanos@jenner.com<br>(310) 595-3300<br><br>**Counsel for Defendant Hain Celestial Group, Inc.** | Angela Agrusa, Esq<br>DLA Piper LLP<br>2000 Avenue of the Stars<br>400 North Tower<br>Los Angeles, CA 90067<br>(310) 595-3000<br>angela.agrusa@us.dlapiper.com<br><br>**Counsel for Defendant Nurture, Inc.** |

Geoffrey Castello, Esq.
Kelley Drye & Warren LLP
One Jefferson Road, Suite 200
Parsippany, NJ 07054
(973)503-5922
GCastello@KelleyDrye.com

**Counsel for Defendant Gerber Products Company**

Dated this 23rd day of March 2021

*Respectfully Submitted,*

Gary S. Graifman, Esq
KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 1097
(845) 356-2570
(845) 356-4335
ggraifman@kgglaw.com
**Counsel for Plaintiffs Wallace et al**