BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2997 |

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedures for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the Foregoing Notice of Appearance and attachments were served on all parties in the following cases (except for Defendants Walmart and North Castle Partners) electronically via email on March 23rd, 2021. As indicated below, Defendants North Castle and Walmart were served via First Class U.S. Mail sent on March 31, 2021.

| | |
|---|---|
| Dean N. Panos<br>JENNER & BLOCK<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>dpanos@jenner.com<br>**Attorney for Hain Celestial Group d/b/a Earth's Best Organics** | Dale J. Giali<br>Keri E. Borders<br>Rebecca B. Johns<br>MAYER BROWN LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1503<br>dgiali@mayerbrown.com<br>kborders@mayerbrown.com<br>rjohns@mayerbrown.com<br>**Attorneys for Plum PBC** |
| Hope Freiwald<br>DECHERT LLP<br>2929 Arch Street,<br>Philadelphia, PA 19104-2808<br>hope.freiwald@dechert.com<br>**Attorney for Plum PBC** | Mark Cheffo<br>DECHERT LLP<br>1095 Avenue of the Americas,<br>New York, NY, 10036-6797<br>mark.cheffo@dechert.com<br>**Attorney for Plum PBC** |

|  |  |
|---|---|
| Christina Sarchio<br>DECHERT LLP<br>1900 K Street, NW,<br>Washington, DC, 20006-1110<br>christina.sarchio@dechert.com<br>**Attorney for Plum PBC** | Kathleen E. McCarthy<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>kmccarthy@kslaw.com<br>**Attorney for Beech-Nut Nutrition Company** |
| Livia Anne McCammon Kiser<br>KING & SPALDING LLP<br>110 N. Wacker Dr., Suite 3800<br>Chicago, IL 60606<br>lkiser@kslaw.com<br>**Attorney for Beech-Nut Nutrition Co.** | Negin Hadaghian<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas, 27th<br>Floor New York, NY 10020-1104<br>Negin.hadaghian@us.dlapiper.com<br>**Attorney for Nurture, Inc.** |
| Matthew R. Devine<br>WHITE & CASE LLP<br>111 S Wacker Drive<br>Suite 5100<br>Chicago, IL 60606<br>(312) 881-5400<br>matthew.devine@whitecase.com<br>**Attorney for Gerber Products Co** | Arthur G. Boylan<br>Norman H. Pentelovitch<br>ANTHONY OSTLUND BAER<br>& LOUWAGIE P.A.<br>3600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone: (612) 349-6969<br>aboylan@anthonyostlund.com<br>npentelovitch@antonyostlund.com<br>**Attorney for Gerber Products Co** |
| Bryan A. Merryman<br>WHITE & CASE LLP<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071-2433<br>(213) 620-7700<br>bmerryman@whitecase.com<br>**Attorney for Gerber Products Co** | LITE DEPALMA GREENBERG, LLC<br>Joseph DePalma<br>Susana Cruz Hodge<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>Telephone: (973) 623-3000<br>E-mail: jdepalma@litedepalma.com<br>scruzhodge@litedepalma.com<br>**Attorneys for Plaintiff Charlotte Willough by,**<br>**Ludmila Gulkarov, Laura Peek, Jodi**<br>**Smith and LaKendrea Camille McNealy** |
| R. Brent Wisner, Esq. (SBN: 276023)<br>rbwisner@baumhedlundlaw.com Pedram<br>Esfandiary, Esq. (SBN: 312569)<br>pesfandiary@baumhedlundlaw.com<br>10940 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90024<br>Telephone: (310) 207-3233<br>Facsimile: (310) 820-7444<br>**Counsel for AG, HG, XG** | Spencer Sheehan<br>Sheehan & Associates, P.C.<br>60 Cuttermill Road, Suite 409<br>Great Neck, NY 11021<br>Tel: 516-268-7080<br>Fax: 516-234-7800<br>Email: spencer@spencersheehan.com<br>**Attorney for Kendra Anderson and all others**<br>**similarly situated** |

| | |
|---|---|
| Angela Agrusa<br>2000 Avenue of the Stars<br>400 North Tower<br>Los Angeles, CA 90067 T: 310.595.3000 F: 310.595.3300 E: angela.agrusa@us.dlapiper.com<br>**Counsel for Nurture, Inc** | Charles E. Schaffer<br>LEVIN SEDRAN & BERMAN LLP<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>T: (215) 592-1500<br>F: (215) 592-4663<br>E: cschaffer@lfsblaw.com<br>**Attorneys for Plaintiffs Melanie Shepa rd, Ciara Vargas, Tish Valdez, Gwynd aline Quarles** |
| Lori G. Feldman, Esq.<br>GEORGE GESTEN MCDONALD, PLLC 102 Half Moon Bay Drive Croton-on-Hudson, New York 10520<br>Phone: (917) 983-9321<br>Fax: (888) 421-4173<br>LFeldman@4-Justice.com<br><br>David J. George, Esq.<br>Brittany L. Brown, Esq.<br>GEORGE GESTEN MCDONALD, PLLC<br>9897 Lake Worth Road, Suite #302<br>Lake Worth, FL 33467<br>Phone: (561) 232-6002<br>Fax: (888) 421-4173<br>Email: DGeorge@4-Justice.com<br>E-Service: eService@4-Justice.com<br>**Counsel for Crista Hazely and Vanessa Mathiesen** | Robert K. Shelquist (MN #21310X)<br>Rebecca A. Peterson (MN #0392663)<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>E-mail: rkshelquist@locklaw.com<br>rapeterson@locklaw.com<br>**Attorneys for Plaintiff Charlotte Willough by, Ludmila Gulkarov, Laura Peek, Jodi S mith and LaKendrea Camille McNealy** |
| CUNEO GILBERT & LADUCA, LLP<br>Charles LaDuca<br>Katherine Van Dyck<br>C. William Frick<br>4725 Wisconsin Avenue NW, Suite 200<br>Washington, DC 20016<br>Telephone:(202) 789-3960<br>Facsimile: (202) 789-1813<br>E-mail: charles@cuneolaw.com<br>kvandyck@cuneolaw.com<br>bill@cuneolaw.com<br>**Attorneys for Plaintiff Charlotte Willough by, Ludmila Gulkarov, Laura Peek, Jodi S mith and LaKendrea Camille McNealy** | David Magagna<br>Levin Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Tel: 215-592-1500<br>Email: dmagagna@lfsblaw.com<br>**Attorneys for Erin Smid and all others similarly situated** |

| | |
|---|---|
| Jonathan Shub<br>Shub Law Firm LLC<br>134 Kings Hwy. E.<br>Second Floor<br>Haddonfield, NJ 08033<br>Tel: 856-772-7200<br>Email: ecf@shublawyers.com<br>**Attorneys for Melanie Shepard, Ciara Vargas, Tisha Valdez, Gwyndaline Quarles, and all others similarly situated** | Mark R. Rosen<br>Barrack, Rodos & Bacine<br>One gateway center suite 2600<br>Newark, NJ 07102<br>(973) 297-1484<br>Fax: (973) 297-1485<br>Email:Mrosen@barrack.com<br><br>Jeffrey B. Gittleman<br>Barrack, Rodos & Bacine<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Tel: 215-963-0600<br>Fax: 215-963-0838<br>Email: jgittleman@barrack.com<br>Attorney for Jessica Moore and all others similarly situated |
| Innessa Melamed Huot<br>Fauuqi & Faruqi Llp<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>Tel: 212-983-9330<br>Email: Ihuot@Faruqilaw.Com<br>**Attorney for Jeremy Cantor, Ashley Allen, Dominick Grossi, Anthony Harrison, Heather Hyden, Lisa Losiewicz, Haley Sams, and Vito Scarola** | Janine Lee Pollack<br>Calcaterra Pollack LLP<br>1140 Avenue of the Americas, 9th Floor<br>New York, NY 10036<br>Tel: 917-899-1765<br>Fax: 332-206-2073<br>Email: jpollack@calcaterrapollack.com<br><br>Michael Milton Liskow<br>Calcaterra Pollack LLP<br>1140 Avenue of the Americas<br>Suite 9th Floor<br>New York, NY 10036-5803<br>Tel: 212-899-1761<br>Email: mliskow@calcaterrapollack.com<br>**Attorneys for Nicole Stewart, Elizabeth Agramonte, Summer Apicella, and all others similarly situated** |

| | |
|---|---|
| Kevin Laukaitis<br>Shub Law Firm LLC<br>134 Kings Highway E, 2nd Floor<br>Haddonfield, NJ 08033<br>Tel: 856-772-7200<br>Email: ecf@shublawyers.com<br><br>Gary E Mason<br>Mason Lietz & Klinger LLP<br>5101 Wisconsin Avenue NW Suite 305<br>Washington, DC 20016<br>Tel: 202-429-2290<br>Email: gmason@masonllp.com<br>**Attorneys for Alyssa Mays and all others similarly situated** | Daniel Gustafson<br>Gustafson Gluek PLLC<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612)333-8844<br>Fax: (612)339-6622<br>Email: dgustafson@gustafsongluek.com<br><br>Raina C Borrelli<br>Gustafson Gluek pLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite2600<br>Minneapolis, MN 55402<br>Tel: 612-333-8844<br>Fax: 612-339-6622<br>Email: rborrelli@gustafsongluek.com |

| | |
|---|---|
| Jeffrey Alan Barrack<br>Barrack, Rodos & Bacine<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 963-0600<br>Fax: (215) 963-0838<br>Email: jbarrack@barrack.com<br><br>Michael Arthur Toomey<br>Barrack, Rodos & Bacine<br>Eleven Times Square<br>640 8th Avenue, 10th Floor<br>New York, NY 10036<br>Tel: (212) 688-0782<br>Fax: (212) 688-0783<br>Email: mtoomey@barrack.com<br>**Attorneys for Lee Boyd and all others similarly situated** | Kara A. Elgersman<br>Wexler Wallace LLP<br>55 W. Monroe Street, Suite 3300<br>Chicago, IL 60603<br>Tel: 312-346-2222<br>Email: kae@wexlerwallace.com<br><br>Kenneth A. Wexler<br>Wexler Wallace LLP<br>55 W. Monroe Street, Suite 3300<br>Chicago, IL 60603<br>Tel: (312) 346-2222<br>Fax: (312) 346-0022<br>Email: kaw@wexlerwallace.com<br><br>Michelle Lukic<br>Wexler Wallace LLP<br>55 W. Monroe Street, Suite 3300<br>Chicago, IL 60603<br>Tel: 312-346-2222<br>Fax: 312-346-0022<br>Email: mpl@wexlerwallace.com |
| Miles Greaves<br>Taus Cebulash & Landau LLP<br>80 Maiden Lane, Suite 1204<br>New York, NY 10038<br>Tel: 646-873-7650<br>Fax: 212-931-0703<br>Email: mgreaves@tcllaw.com<br>**Attorneys for Kelly McKeon, Renee Bryan, Marilyn Cason, and all others similarly situated** | Karen Nadine Wilson-Robinson<br>Wilson & Brown, PLLC<br>2066 Central Park Avenue<br>Yonkers, NY 10710<br>Tel: 646-498-9816<br>Fax: 718-425-0573<br>Email: karen@wilsonbrownlawyers.com<br>**Attorney for Lynda Galloway and all others similarly situated** |
| Steven L. Bloch<br>Silver Golub & Teitell LLP<br>184 Atlantic Street<br>Stamford, CT 06901<br>Tel: 203-325-4491<br>Fax: 203-325-3769<br>Email: sbloch@sgtlaw.com<br>**Attorney for Emily Baccari, Dominick Grossi, Heather Hyden, Haley Sams, Vito Scarola and all others similarly situated** | Francis J. Balint, Jr.<br>Bonnett Fairbourn Friedman & Balint PC<br>4023 Chain Bridge Road, Suite 4<br>Fairfax, VA 22030<br>Tel: 602-776-5903<br>Fax: 602-274-1199<br>Email: fbalint@bffb.com<br>**Attorney for Kathleen Keeter**<br>**Attorney for Jamie Moore** |

| | |
|---|---|
| Eric A. Kafka<br>Cohen Milstein Sellers & Toll PLLC<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>Tel: 212-838-7797<br>Fax: 212-838-7745<br>Email: ekafka@cohenmilstein.com<br>Douglas J. McNamara<br>Cohen Milstein Sellers & Toll PLLC<br>1100 New York Avenue, NW<br>East Tower, 5th Floor<br>Washington, DC 20005<br>Tel: 202-408-4651<br>Fax: 202-408-4699<br>Email: dmcnamara@cohenmilstein.com<br>**Attorneys for Lori-Anne Albano, Myjorie Philippe, Rebecca Telaro, Alyssa Rose, and all others similarly situated** | Dennis Stewart<br>Gustafson Gluek PLLC<br>600 B Street, 17th Floor<br>San Diego, CA 92101<br>Tel: (619) 595-3299<br>Email: dstewart@gustafsongluek.com<br><br>Amanda M. Williams<br>Gustafson Gluek PLLC<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612) 333-8844<br>Fax: (612) 339-6622<br>Email: awilliams@gustafsongluek.com<br><br>**Attorneys for Kelly McKeon, Josh Crawford, and all others similarly situate** |
| Davina C. Okonkwo<br>Sauder Schelkopf<br>1109 Lancaster Avenue<br>Berwyn, PA 19312<br>Tel: 610-200-0581<br>Email: dco@sstriallawyers.com<br>**Attorneys for Kelly McKeon, Josh Crawford, and all others similarly situated** | Kevin Landau<br>Taus Cebulash & Landau, LLP<br>80 Maiden Lane, Suite 1204<br>New York, NY 10038<br>Tel: 212-931-0704<br>Email: klandau@tcllaw.com<br>**Attorneys for Kelly McKeon, Josh Crawford, and all others similarly situated** |
| Lori G. Kier<br>Sauder Schelkopf<br>1109 Lancaster Avenue<br>Berwyn, PA 19312<br>Tel: 610-200-0581<br>Email: lgk@sstriallawyers.com<br>**Attorneys for Kelly McKeon, Josh Crawford, and all others similarly situated** | Mary M. Nikolai<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: 612-333-8844<br>Email: mnikolai@gustafsongluek.com<br>**Attorneys for Kelly McKeon, Josh Crawford, and all others similarly situated** |
| Matthew David Schelkopf<br>Sauder Schelkopf<br>555 Lancaster Avenue<br>Berwyn, PA 19312<br>Tel: 610-200-0581<br>Email: mds@mccunewright.com<br>**Attorneys for Kelly McKeon, Josh Crawford, and all others similarly situated** | Patrick Howard<br>Saltz Mongeluzzi Barrett & Bendesky 1650 Market Street<br>One Liberty Place, 52nd Floor<br>Philadelphia, PA 19103<br>Tel: 215-496-8282<br>Fax: 215-496-0999<br>Email: phoward@smbb.com<br>**Attorneys for Kelly McKeon, Josh Crawford, and all others similarly situated** |

| | |
|---|---|
| Simon Bahne Paris<br>Saltz Mongeluzzi Barrett and Bendesky<br>1650 Market Street<br>One Liberty Place, 52nd Floor<br>Philadelphia, PA 19103<br>Tel: 215-496-8282<br>Email: sparis@smbb.com<br>**Attorneys for Kelly McKeon, Josh Crawford, and all others similarly situate** | Terry J. Kirwan , Jr.<br>Kirwan Law Firm, PC<br>AXA Tower I, 15th Floor<br>100 Madison Street<br>Syracuse, NY 13202<br>Tel: 315-452-2443<br>Fax: 315-671-1550<br>Email: tkirwan@kirwanlawpc.com<br>**Attorney for Lee Boyd and all others similarly situated** |
| Tim Eugene Dollar<br>Dollar, Burns & Becker<br>1100 Main St., Suite 2600<br>Kansas City, MO 64105<br>Tel: (816) 876-2600<br>Fax: (816)221-8763<br>Email: timd@dollar-law.com<br><br>**Attorney for Katesha Smith, Miranda Fogle, and all others similarly situated** | Zahra Dean<br>Kohn, Swift & Graf, P.C.<br>1600 Market Street<br>Suite 2500<br>Philadelphia, PA 19103<br>215-238-1700<br>215-238-1968 (fax)<br>zdean@kohnswift.com<br>**Attorney for Erik Lawrence, Marie Mezile, and Rachel M. Frantz** |
| Matthew Ross Mendelsohn<br>Mazie Slater Katz & Freeman LLC<br>103 Eisenhower Parkway<br>Roseland, Nj 07068<br>973-228-9898<br>mrm@mazieslater.com<br><br>**Attorney for Muslin Pierre-Louis** | **Mailed to:**<br><br>**Walmart, Inc.**<br>702 SW 8th St,<br>Bentonville, AR 72712, United States<br><br>**North Castle Partners**<br>183 East Putnam Avenue<br>Greenwich, CT 06830 |

Submitted March 31, 2021

/s/ Ruth Anne French-Hodson

Ruth Anne French-Hodson
Rex A. Sharp
Isaac L. Diel
Ryan C. Hudson
Sharp Law, LLP
5301 West 75th Street
Prairie Village, KS 66208
Tel: 913-901-0505
Fax: 913-901-0419
rafrenchhodson@midwest-law.com
rsharp@midwest-law.com
idiel@midwest-law.com
rhudson@midwest-law.com

Attorneys for Jenna Johnson, Abbey Johnston, Riley Bucci, Kelsey Gross, Stevie McCartin, Elaine Lake, Courtney Nemmers, Jessica Scott, Tracy Tankard, Mallory VanDyke, and all consumers who purchased baby foods manufactured by Defendants