# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANELY ZORRILLA,<br><br>*individually and on behalf of all others similarly situated,*<br><br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>HAIN CELESTIAL GROUP, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 21-cv-1062<br><br>**WITHDRAWAL OF NOTICE<br>OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the Notice of Appearance filed by GARY S. GRAIFMAN, **KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**, on March 18, 2021 (pldg. No. 18) is hereby WITHDRAWN.

Dated: March 31, 2021

　　　　　　　　　　　　　　　　　　　　KANTROWITZ, GOLDHAMER
　　　　　　　　　　　　　　　　　　　　& GRAIFMAN, P.C.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Gary S. Graifman, Esq.
　　　　　　　　　　　　　　　　　　　　135 Chestnut Ridge Road, Suite 200
　　　　　　　　　　　　　　　　　　　　Montvale, New Jersey 07645
　　　　　　　　　　　　　　　　　　　　Tel: (845) 356-2570
　　　　　　　　　　　　　　　　　　　　Fax: (845) 356-4335
　　　　　　　　　　　　　　　　　　　　ggraifman@kgglaw.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Baby Food Marketing, Sales Practices and Products Liability Lit. | MDL No.: 2997<br><br>**PROOF OF SERVICE** |

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Withdrawal of Notice of Appearance of Gary S. Graifman and Proof of Service were electronically served via ECF below on March 31, 2021.

Respectfully Submitted,

**KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.**

By: _____
Gary S. Graifman, Esq.
135 Chestnut Ridge Road
Montvale, NJ 07645
Tel: (201) 391-7000
Fax: (201) 307-0186
ggraifman@kgglaw.com