**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: Baby Food Marketing, Sales Practices and Products Liability Lit. | MDL No.: 2997 |
| | **<u>Notice of Related Action</u>** |

In compliance with Rules of Procedure 6.2(d) and 7.1(a) for the United States Judicial Panel on Multidistrict Litigation, plaintiffs Kendra Anderson and Marla Micks notify the Panel of the following related action, filed on March 26, 2021: *Anderson, et al. v. The Hain Celestial Group, Inc.*, 2:21-cv-01621, E.D.N.Y.

Dated:   March 31, 2021

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
60 Cutter Mill Rd Ste 409
Great Neck NY 11021-3104
Tel: (516) 268-7080
Fax: (516) 234-7800
spencer@spencersheehan.com