## CERTIFICATE OF SERVICE

I certify on the date below that the foregoing document was filed electronically with the MDL's ECF system, which sends electronic notice to counsel.

Dated: March 31, 2021                          /s/ *Spencer Sheehan*