BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: BABY FOOD         MDL NO. 2997
MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

_____/

## WITHDRAWAL OF NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the Notice of Appearance filed by Pedram Esfandiary at BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C., on March 22, 2021 (pldg. No. 31) is hereby **WITHDRAWN**.

Dated: April 1, 2021        **BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**

       _____
       Pedram Esfandiary, Esq. (SBN: 312569)
       pesfandiary@baumhedlundlaw.com
       Brent Wisner, Esq. (SBN: 276023)
       rbwisner@baumhedlundlaw.com
       10940 Wilshire Blvd., 17th Floor
       Los Angeles, CA 90024
       Telephone: (310) 207-3233
       Facsimile: (310) 820-7444

       *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, I, Pedram Esfandiary, hereby certify that on April 1, 2021, I electronically filed the foregoing document with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system.

Dated:  April 1, 2021                                  **BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**

                                                                          _____
                                                                          Pedram Esfandiary, Esq. (SBN: 312569)
                                                                          pesfandiary@baumhedlundlaw.com
                                                                          Brent Wisner, Esq. (SBN: 276023)
                                                                          rbwisner@baumhedlundlaw.com
                                                                          10940 Wilshire Blvd., 17th Floor
                                                                          Los Angeles, CA 90024
                                                                          Telephone:  (310) 207-3233
                                                                          Facsimile:   (310) 820-7444

                                                                          *Counsel for Plaintiffs*