BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:

BABY FOOD MARKETING, SALES PRACTICES            MDL No. 2997
AND PRODUCTION LIABILITY LITIGATION

## CERTIFICATE OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing *Garces Plaintiffs' Response-Joinder in Support of Albano Plaintiffs' Motion for Transfer of Actions to the Eastern District of New York Pursuant to 28 U.S.C. § 1407* has been served upon counsel of record in this action via the U.S. Judicial Panel on Multidistrict Litigation CM/ECF System on this day April 2, 2021.

Dated: April 2, 2021          Respectfully submitted,

        s/ Thomas A. Zimmerman, Jr.
        Thomas A. Zimmerman, Jr.
        *tom@attorneyzim.com*
        ZIMMERMAN LAW OFFICES, P.C.
        77 West Washington Street, Suite 1220
        Chicago, Illinois 60602
        (312) 440-0020 telephone
        (312) 440-4180 facsimile

*Counsel for Garces Plaintiffs*