BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTION LIABILITY LITIGATION | MDL No. 2997 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule of Procedure 7.1(a) of the Judicial Panel on Multidistrict Litigation, Plaintiff Shelby Baker hereby provide this notice to the Panel of the following potential tag-along action to *In re: Baby Food Marketing, Sales Practices and Production Liability Litigation*, MDL No. 2997:

1. *Shelby Baker v. Hain Celestial Group, Inc., et al.*, United States District Court for the Eastern District of California, No. 1:21-cv-00266 (filed March 18, 2021).

A Schedule of this Action is attached to this Notice. Copies of the docket sheet and complaint for this case is also attached to this Notice. This potential tag-along action shares common questions of fact and law and are premised on the same core issues as the other actions pending before the panel and is therefore a "Tag-Along Action" for purposes of these proceedings.

Dated: April 5, 2021                                           Respectfully submitted,

                                                               By:      */s/ Alec M. Leslie*
                                                               Alec M. Leslie, Esq.
                                                               **BURSOR & FISHER, P.A.**
                                                               888 Seventh Avenue, Third Floor
                                                               New York, New York 10019
                                                               Tel: (646) 837-7150
                                                               Fax: (212) 989-9163
                                                               E-Mail: aleslie@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (CA Bar No. 191626)
Joel D. Smith (CA Bar No. 244902)
Blair E. Reed (CA Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
           jsmith@bursor.com
           breed@bursor.com

*Counsel for Plaintiff Shelby Baker*