**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE:**<br><br>**BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTION LIABILITY LITIGATION** | **MDL No. 2997** |

### SCHEDULE OF ACTIONS

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | *Baker v. Hain Celestrial Group, Inc., et al.*<br><br>**Plaintiff(s):**<br>Shelby Baker<br><br>**Defendant(s):**<br>Hain Celestial Group, Inc., Beech-Nut Nutrition Corporation, and Gerber Products Company | U.S.D.C. Eastern District of California | 1:21-cv-00266 | None (Magistrate Judge Sheila K. Oberto) |