BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE:<br><br>BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTION LIABILITY LITIGATION | MDL No. 2997 |
|---|---|

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Judicial Panel on Multidistrict Litigation, I hereby certify that on April 5, 2021, I caused a true and correct copy of the foregoing to be served on all other parties in all involved actions through electronic filing on the CM/ECF system, which provides electronic service notification to all counsel of record registered as CM/ECF users. In addition, on April 5, 2021, hard copies of the foregoing were served on the entities listed below at the following addresses:

Hain Celestial Group, Inc.
1111 Marcus Avenue
Lake Success, NY 11042

Beech-Nut Nutrition Company
One Nutritious Place
Amsterdam, NY 12010

Gerber Products Company
1812 North Moore Street
Arlington, VA 22209

Gerber Products Company
12 Vreeland Rd, 2nd Floor
Florham Park, NJ, 07932

Dated:  April 5, 2021

Respectfully submitted,

By:      /s/ Alec M. Leslie
Alec M. Leslie, Esq.
**BURSOR & FISHER, P.A.**
888 Seventh Avenue, Third Floor

New York, New York 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: aleslie@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (CA Bar No. 191626)
Joel D. Smith (CA Bar No. 244902)
Blair E. Reed (CA Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
       jsmith@bursor.com
       breed@bursor.com

*Counsel for Plaintiff Shelby Baker*