BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION

| | |
|---|---|
| SHANELY ZORRILLA,<br><br>*individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br>v.<br><br>HAIN CELESTIAL GROUP, INC.,<br><br>Defendant. | Case No. 21-cv-1062<br><br>**WITHDRAWAL OF NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the Notice of Appearance filed by GARY S. GRAIFMAN, **KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**, on March 18, 2021 (pldg. No. 18) is hereby WITHDRAWN.

Dated: March 31, 2021

KANTROWITZ, GOLDHAMER
& GRAIFMAN, P.C.

Gary S. Graifman, Esq.
135 Chestnut Ridge Road, Suite 200
Montvale, New Jersey 07645
Tel: (845) 356-2570
Fax: (845) 356-4335
ggraifman@kgglaw.com
*Attorneys for Plaintiffs*

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Baby Food Marketing, Sales Practices and Products Liability Lit. | MDL No.: 2997<br><br>**PROOF OF SERVICE** |

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Withdrawal of Notice of Appearance of Gary S. Graifman and Proof of Service were electronically served via ECF below on April 5, 2021.

Respectfully Submitted,

KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.

By: _____
Gary S. Graifman, Esq.
135 Chestnut Ridge Road
Montvale, NJ 07645
Tel: (201) 391-7000
Fax: (201) 307-0186
ggraifman@kgglaw.com