**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2997 |

_____/

## AMENDED CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, I, Pedram Esfandiary, hereby certify that the WITHDRAWAL OF NOTICE OF APPEARANCE (ECF No. 76) has been served upon:

1. counsel of record in this action via the U.S. Judicial Panel on Multidistrict Litigation CM/ECF system on the 1st day of April, 2021, and

2. the following defendant at the address below via first class U.S. Mail on the 2nd day of April, 2021:

   **Mailed to:**

   Sprout Foods, Inc.
   c/o Its Registered Agent
   Corporation Service Company
   251 Little Falls Drive
   Wilmington, DE 19808

Dated: April 2, 2021

**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**

_[signature]_

Pedram Esfandiary, Esq. (SBN: 312569)
pesfandiary@baumhedlundlaw.com
Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Counsel for Plaintiffs*

1