BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTION LIABILITY LITIGATION | MDL No. 2997 |

## PROOF OF SERVICE

Pursuant to Rule 3.2(d) and Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that I caused a copy of the foregoing *Kelly Plaintiffs' Response in Partial Support of Albano Plaintiffs' Motion for Transfer of Actions to the Eastern District of New York Pursuant to 28 U.S.C. § 1407* to be served upon all counsel of record in this action via the U.S. Judicial Panel on Multidistrict Litigation CM/ECF system on April 6, 2021 and upon the Clerk of the Panel via facsimile on April 7, 2021.

Dated: April 6, 2021.

Respectfully submitted,

/s/ Cody L. Frank
Cody L. Frank
FRANK LAW FIRM, P.A.
515 East Las Olas Boulevard, Ste. 120
Fort Lauderdale, Florida 33301
Telephone: (954) 787-6525
Facsimile: (954) 787-6524
Email: cody@codyfrank.com
Email: eservice@codyfrank.com

*Counsel for Plaintiffs*
*Andrea Kelly and Cole Millican et al.*