## Additional Parties to be Represented

| |
|---|
| Plaintiff: Kathleen Keeter<br><br>**Short case caption:**<br><br>Kathleen Keeter v. GERBER PRODUCTS COMPANY<br>Eastern District of Virginia, 1-21-cv-0269-LO-TCB |
| Plaintiff: Jamie Moore<br><br>**Short case caption:**<br><br>Jamie Moore v. GERBER PRODUCTS COMPANY<br>Eastern District of Virginia, 1-21-cv-0277-LO-TCB |
| Plaintiff: Lee Boyd<br><br>**Short case caption:**<br><br>Lee Boyd v. BEECH-NUT NUTRITION COMPANY<br><br>Northern District of New York, 1-21-cv-0200-TJM-CFH |
| Plaintiff: Lee Boyd<br><br>**Short case caption:**<br><br>Lee Boyd v. HAIN CELESTIAL GROUP, INC.<br>Eastern District of New York, 2-21-cv-0884 |
| Plaintiff: Autumn Ellison<br><br>**Short case caption:**<br><br>Autumn Ellison v. Plum, PBC, and Plum, Inc., Delaware Corporations<br><br>Northern District of California, 4-21-cv-2015 |