# BEFORE THE
# UNITED STATES JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 2997** |

## CERTIFICATE OF SERVICE

I, Mark R. Rosen, hereby certify that I caused a copy of the foregoing Notice of Appearance, Additional Parties Represented Notice and this Certificate of Service by ECF or First Class U.S. Mail on all persons on the attached lists.

Dated:   April 7, 2021

                                                     */s/ Mark R. Rosen*
                                                   Mark R. Rosen
                                                   **Barrack, Rodos & Bacine**
                                                   3300 Two Commerce Square
                                                   2001 Market Street
                                                   Philadelphia, PA 19103
                                                   T: (215) 963-0600
                                                   F: (215) 963-0838
                                                   mrosen@barrack.com

Gerber Products Company
1812 N. Moore St.
Arlington, VA 22209

Beech-Nut Nutrition Company
One Nutrition Place
Amsterdam, NY 12010

The Hain Celestial Group 1
11 Marcus Avenue
Lake Success, NY 11042

Plum Public Benefit Corp.
1485 Park Avenue, Suite 200
Emeryville, California 94608