## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Baby Food Marketing, Sales Practices and Products Liability Litig. | MDL No.: 2997 |

### Notice of Related Action

In compliance with Rules of Procedure 6.2(d) and 7.1(a) for the United States Judicial Panel on Multidistrict Litigation, plaintiff Asyia Andrews notify the Panel of the following related action, filed on March 29, 2021: *Andrews v. Beech-Nut Nutrition Company et. al.*, 2:2021-cv-01704-GRB-AKT, United States District Court for the Eastern District of New York.

Dated: April 7, 2021

Respectfully submitted,

*/s/Michael P. Canty*

**LABATON SUCHAROW LLP**
Michael P. Canty
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com