## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Baby Food Marketing, Sales Practices and Products Liability Litig. | MDL No.: 2997 |

### SCHEDULE OF ACTIONS

1. *Andrews v. Beech-Nut Nutrition Company et. al.*, 2:2021-cv-01704-GRB-AKT, United States District Court for the Eastern District of New York (Hon. Gary R. Brown)

Dated: April 7, 2021

Respectfully submitted,

*/s/Michael P. Canty*

**LABATON SUCHAROW LLP**
Michael P. Canty
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com