# PROOF OF SERVICE

      Pursuant to Rule 4.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on this 7th day of April, I caused a copy of the foregoing Notice of Related Action, accompanying Schedule, and Proof of Service to be served upon all counsel of record in this action electronically via the CM/ECF system:

Dean N. Panos
**Jenner & Block LLP**
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 923-2765
Fax: (312) 527-0484
Email: dpanos@jenner.com
*Attorneys for Defendant Hain Celestial Group*

Bryan A. Merryman
**White & Case LLP**
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Tel: (213) 620-7802
Fax: (213) 452-2329
Email: bmerryman@whitecase.com
*Attorneys for Defendant Gerber Products Company*

Angela C. Agrusa
**DLA Piper LLP**
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067
Tel: (310) 595-3000
Fax: (310) 595-3300
Email: angela.agrusa@us.dlapiper.com
*Attorneys for Defendant Nurture, Inc.*

Livia M. Kiser
**King & Spalding LLP**
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Tel: 312-764-6911

Email: lkiser@kslaw.com
*Attorneys for Beech-Nut Nutrition Company*

And the following by First Class Mail:
    Sprout Foods, Inc.
    c/o Its Registered Agent
    Corporation Service Company
    251 Little Falls Drive
    Wilmington, DE 19808

    /s/*Michael P. Canty*
    Michael P. Canty
    Labaton Sucharow LLP
    140 Broadway
    New York, NY 10005