# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE: Baby Food Marketing, Sales Practices and Products        MDL No. 2997
Liability Litigation

## NOTICE OF RELATED ACTION

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel for Plaintiffs Lacy Martin, Holly Silverthorn, and Jessica Strobel hereby notify of two related actions:

- *Martin v. Gerber Products Company.,* Case No. 2:21-cv-05846-CCC-MF (District of New Jersey)

- *Strobel v. Nurture, Inc.*, Civil No. 1:21-cv-02129-MKV (Southern District of New York)

A schedule of actions, docket sheets, and complaints from these actions are also attached.

| | |
|---|---|
| Dated April 7, 2021 | */s/ Annick Persinger*<br>Annick M. Persinger<br>**TYCKO & ZAVAREEI LLP**<br>1970 Broadway, Suite 1070<br>Oakland, CA 94612<br>Telephone: (510) 254-6808<br>Facsimile: (202) 973-0950<br>apersinger@tzlegal.com<br><br>*Attorney for All Plaintiffs*<br><br>Hassan Zavareei<br>Jonathan Tycko<br>Allison Parr<br>**TYCKO & ZAVAREEI LLP**<br>1828 L Street, NW Suite 1000<br>Washington, DC 20036<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br>jtycko@tzlegal.com<br>hzavareei@tzlegal.com<br>aparr@tzlegal.com<br><br>*Attorneys for All Plaintiffs*<br><br>James C. Shah<br>Natalie Finkelman Bennett<br>**MILLER SHAH LLP**<br>2 Hudson Place, Suite 100<br>Hoboken, NJ 07030<br>Telephone (856) 526-1100<br>Facsimile: (866) 300-7367<br>jcshah@millershah.com<br>nfinkelman@millershah.com<br><br>*Attorneys for Plaintiffs Lacy Martin and Holly Silverthorn* |