# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE: Baby Food Marketing, Sales Practices and Products Liability Litigation

MDL No. 2997

## NOTICE OF RELATED ACTION

## SCHEDULE OF ACTIONS

| | **Plaintiffs** | **Defendants** | **District** | **Civil Action Number** | **Judge** |
|---|---|---|---|---|---|
| 1. | Lacy Martin and Holly Silverthorn et al. | Gerber Products Company | District of New Jersey | 2:21-cv-05846-CCC-MF | Judge Claire C. Cecchi |
| 2. | Jessica Strobel et al. | Nurture, Inc. | Southern District of New York | 1:21-cv-02129 | Judge Mary Kay Vyskocil |

Dated April 7, 2021

/s/ *Annick Persinger*
Annick M. Persinger
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
apersinger@tzlegal.com

*Attorney for All Plaintiffs*

Hassan Zavareei
Jonathan Tycko
Allison Parr
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
jtycko@tzlegal.com
hzavareei@tzlegal.com
aparr@tzlegal.com

*Attorneys for All Plaintiffs*

James C. Shah
Natalie Finkelman Bennett
**MILLER SHAH LLP**
2 Hudson Place, Suite 100
Hoboken, NJ 07030 Telephone
(856) 526-1100 Facsimile:(866) 300-7367
jcshah@millershah.com
nfinkelman@millershah.com

*Attorneys for Plaintiffs Lacy Martin and Holly Silverthorn*