# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE: Baby Food Marketing, Sales Practices and Products Liability Litigation     MDL No. 2997

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Related Actions and Schedule of Actions were served on all parties electronically via ECF on April 7, 2021. I further certify that the foregoing Notice of Related Actions will be served by electronic mail on all counsel in the attached service list on April 7, 2021.

Dated: April 7, 2021

*/s/ Annick Persinger*
Annick M. Persinger
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
apersinger@tzlegal.com

*Attorney for All Plaintiffs*

Hassan Zavareei
Jonathan Tycko
Allison Parr
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
jtycko@tzlegal.com
hzavareei@tzlegal.com
aparr@tzlegal.com

*Attorney for All Plaintiffs*

James C. Shah
Natalie Finkelman Bennett
**MILLER SHAH LLP**
2 Hudson Place, Suite 100
Hoboken, NJ 07030
Telephone (856) 526-1100
Facsimile: (866) 300-7367
jcshah@millershah.com
nfinkelman@millershah.com

*Attorneys for Plaintiffs Lacy Martin and Holly Silverthorn*

## SERVICE LIST

Negin Hadaghian
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
Fax: (212) 335-4501
Email: negin.hadaghian@us.dlapiper.com

*Attorney for Nurture, Inc.*

**GERBER PRODUCTS COMPANY (via U.S. Mail)**
*Doing Business As Nestle Nutrition, Nestle Infant Nutrition, and Nestle Nutrition North America*
c/o Corporation Service Company
100 Charles Ewing Blvd., Suite 160,
Ewing, NJ 08628