BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2997 |

## PROOF OF SERVICE

Pursuant to Rule 4.1 of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation, I hereby certify that on this 8th day of April, 2021, I caused a copy of the foregoing Notice of Appearance - Corrected, accompanying Schedule- Corrected, and Proof of Service to be served upon all counsel of record in this action electronically via the CM/ECF system, including:

*Counsel of record for Defendants Campbell Soup Company and Plum, PBC*:

Mark Cheffo, Dechert LLP, 1095 Avenue of the Americas New York, NY 10036
mark.cheffo@dechert.com

Dated: April 8, 2021　　　　　　　　　　　/s/ Steven L. Bloch

　　　　　　　　　　　　　　　　　　　　Steven L. Bloch
　　　　　　　　　　　　　　　　　　　　Ian W. Sloss
　　　　　　　　　　　　　　　　　　　　Zachary A. Rynar
　　　　　　　　　　　　　　　　　　　　SILVER GOLUB & TEITELL LLP
　　　　　　　　　　　　　　　　　　　　184 Atlantic Street
　　　　　　　　　　　　　　　　　　　　Stamford, CT 06901
　　　　　　　　　　　　　　　　　　　　Tel: 203-325-4491
　　　　　　　　　　　　　　　　　　　　Fax: 203-325-3769
　　　　　　　　　　　　　　　　　　　　sbloch@sgtlaw.com
　　　　　　　　　　　　　　　　　　　　isloss@sgtlaw.com
　　　　　　　　　　　　　　　　　　　　zrynar@sgtlaw.com

　　　　　　　　　　　　　　　　　　　　Innessa M. Huot
　　　　　　　　　　　　　　　　　　　　FARUQI & FARUQI LLP
　　　　　　　　　　　　　　　　　　　　685 Third Avenue, 26th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 983-9330
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 983-9331
　　　　　　　　　　　　　　　　　　　　ihuot@faruqilaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*