BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Baby Food Marketing, Sales Practices and Products Liability Lit. | MDL No.: 2997<br><br>**PROOF OF SERVICE** |

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance of Gary S. Graifman and Proof of Service were electronically served via ECF on April 9, 2021.

Respectfully Submitted,

KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.

By: _____
Gary S. Graifman, Esq.
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570
Fax: (845) 356-4335
ggraifman@kgglaw.com
*Attorneys for Plaintiff Atashia Smiley*