**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2997 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

Pursuant to Rules of Procedure 6.2(d) and 7.1(a) for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Caitlin Williams, individually and on behalf of all others similarly situated, notifies the Clerk of the Panel of the potential tag along action listed on the attached schedule of Action.

A docket sheet and complaint is attached. Plaintiffs' complaint involves common factual questions with those actions involved in the pending Motion to Transfer Actions [D.E. 1].

Dated: April 9, 2021

**WORDEN THANE P.C.**

/s/ Martin Rogers
Martin Rogers
Jesse Kodadek
Jennifer Shannon
WORDEN THANE P.C.
321 W. Broadway St., Ste. 300
Missoula, MT 59802
(406) 721-3400
mrogers@wordenthane.com
jkodadek@wordenthane.com
jshannon@wordenthane.com

*Attorneys for Plaintiff*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: BABY FOOD MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION  MDL NO. 2997

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

| No. | Plaintiff(s) | Defendant(s) | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Caitlin Williams, individually and on behalf of all others similarly situated | Nurture, Inc.; John Does 1-50; and ABC Businesses 1-20 | Montana | 9:21-cv-00044-DLC | Hon. Dana L. Christensen |

**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE: BABY FOOD MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION          MDL NO. 2997

## Certificate of Service

Pursuant to Rule of Procedure 4.1(a) for the United States Judicial Panel on Multidistrict Litigation, I certify that on April 9, 2021 I filed the foregoing document with MDL's CM/ECF system, which sends electronic notice to counsel of all other parties in all involved actions, including Nurture, Inc.

WORDEN THANE P.C.
*Attorneys for Plaintiff*

/s/ Martin Rogers
Martin Rogers