# U.S. District Court
## District of Montana (Missoula)
### CIVIL DOCKET FOR CASE #: 9:21-cv-00044-DLC

| | |
|---|---|
| Williams v. Nurture, Inc. et al | Date Filed: 04/09/2021 |
| Assigned to: Judge Dana L. Christensen | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Personal Injury | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Caitlin Williams**　　　　　　　　　　　　represented by　**Jesse C. Kodadek**
*INDIVIDUALLY AND ON BEHALF OF*　　　　　　　　　　　　　WORDEN THANE
*ALL OTHERS SIMILARLY SITUATED*　　　　　　　　　　　　 321 West Broadway
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Missoula, MT 59802-4116
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　406-721-3400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jkodadek@wordenthane.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Martin Rogers**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WORDEN THANE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　321 West Broadway
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Missoula, MT 59802-4116
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　406-721-3400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 406-721-6985
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: mrogers@wordenthane.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nurture, Inc.**

**Defendant**

**John Does 1-50**

**Defendant**

**ABC Businesses 1-20**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2021 | 1 | COMPLAINT against All Defendants, filed by Caitlin Williams. (Attachments: # 1 Civil Cover Sheet) (TAG) (Entered: 04/09/2021) |
| 04/09/2021 | | Filing fee: $ 402, receipt number 0977-2647511 (TAG) (Entered: 04/09/2021) |
| 04/09/2021 | 2 | Summons Issued as to Nurture, Inc. Summons may be downloaded and printed by counsel for service (TAG) (Entered: 04/09/2021) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 04/09/2021 11:00:04 ||||
| **PACER Login:** | mdrogers:5772833:6020020 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 9:21-cv-00044-DLC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |