BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTION LIABILITY LITIGATION | MDL No. 2997 |

NOTICE OF POTENTIAL RELATED ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Jenna Johnson, Riley Bucci, Kelsey Gross, Abbey Johnston, Elaine Lake, Stevie McCartin, Courtney Nemmers, Jessica Scott, Tracy Tankard, and Mallory VanDyke write to notify you of the potential Related Action listed on the attached Schedule of Action.

A combined docket sheet and complaint (Ex. A) are attached.

Dated: April 12, 2021

Respectfully submitted,

/s/ Ruth Anne French-Hodson
Ruth Anne French-Hodson
Rex Sharp
Ryan Hudson
Sarah Bradshaw
**SHARP LAW, LLP**
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com
rafrenchhodson@midwest-law.com

Isaac Diel
**SHARP LAW, LLP**
6900 College Blvd., Suite 285
Overland Park, KS 66211
(913) 901-0505
(913) 901-0419 fax

1

idiel@midwest-law.com

*Counsel for Plaintiffs Jenna Johnson, Riley Bucci, Kelsey Gross, Abbey Johnston, Elaine Lake, Stevie McCartin, Courtney Nemmers, Jessica Scott, Tracy Tankard, and Mallory VanDyke*

Keith A. Robinson
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Tel: 310.849.3135
Fax: 818.279.0604
keith.robinson@karlawgroup.com

Ruth Anne French-Hodson
**SHARP LAW, LLP**
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419 fax
rafrenchhodson@midwest-law.com

*Counsel for Lauren Smith*