BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTION LIABILITY LITIGATION | MDL No. 2997 |
|---|---|

**SCHEDULE OF ACTIONS**

|  | Plaintiff | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Lauren Smith | Plum, PBC, Plum, Inc., D/B/A Plum Organics, Campbell Soup Company, Beech-Nut Nutrition Company, Gerber Products Company, Nurture, Inc., D/B/A Happyfamily Organics, Safeway Inc. | N.D. Cal. | 3:21-cv-02519-JSC | Not yet assigned |

1