BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTION LIABILITY LITIGATION | MDL No. 2997 |

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Judicial Panel on Multidistrict Litigation, I hereby certify that on April 12, 2021, I caused a true and correct copy of the foregoing to be served on all other parties in all involved actions through electronic filing on the CM/ECF system, which provides electronic service notification to all counsel of record registered as CM/ECF users. In addition, on April 12, 2021, hard copies of the foregoing were served on the entities listed below at the following addresses:

Beech-Nut Nutrition Company
One Nutritious Place
Amsterdam, NY 12010

Gerber Products Company
1812 North Moore Street
Arlington, VA 22209

Nurture
1 Maple Avenue
White Plains, New York 10605

Safeway
5918 Stoneridge Mall Rd.
Pleasanton, CA 94588

Campbell/ Plum, Inc/ Plum PBC
1 Campbell Place
Camden, NJ 08103

**s/ Ruth Anne French Hodson**
Ruth Anne French-Hodson
Sharp Law, LLP
5301 W. 75th St
Prairie Village, KS 66208
Tel: 913-901-0505
rafrenchhodson@midwest-law.com

Keith A. Robinson
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Tel: 310-849-3135
Keith.robinson@karlawgroup.com