BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Baby Food Marketing, Sales Practices and Products Liability Litigation | MDL No. 2997<br><br>**Notice of Related Action** |

## NOTICE OF RELATED ACTION

The undersigned notifies the Panel of a related action: *Ana Lynette Gregory Eldridge, individually and on behalf of all others similarly situated v. Beech-Nut Nutrition Company, Gerber Products Co., and John Doe Manufacturers*, No. 1:21-cv-283 (TJM/CFH) (N.D.N.Y.), filed March 11, 2021.

Attached hereto is a Schedule of Actions (Exhibit 1), the Proof of Service (Exhibit 2), and the Case Docket Sheet and Class Action Complaint (Exhibit 3).

Dated: April 12, 2021

FEGAN SCOTT LLC

By: */s/ Melissa Ryan Clark*
Melissa Ryan Clark
FEGAN SCOTT LLC
140 Broadway, 46th Floor
New York, NY 10005
Ph: 347.353.1150
Fax: 312.264.0100
melissa@feganscott.com

*Counsel for Plaintiffs*