**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2997 |

**SCHEDULE OF ACTIONS**

| Case Caption | U.S. District Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Ana Lynette Gregory Eldridge, individually and on behalf of all others similarly situated<br><br>**Defendants:** Beech-Nut Nutrition Company, Gerber Products Co., and John Doe Manufacturers | N.D.N.Y. | 1:21-cv-283 (TJM/CFH) | Hon. Thomas J. McAvoy |

Dated: April 12, 2021

FEGAN SCOTT LLC

By: _/s/ Melissa Ryan Clark_
Melissa Ryan Clark
FEGAN SCOTT LLC
140 Broadway, 46th Floor
New York, NY 10005
Ph: 347.353.1150
Fax: 312.264.0100
melissa@feganscott.com
*Counsel for Plaintiffs*