**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2997 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Related Action was electronically filed on April 12, 2021 with the Clerk of the JPML using the CM/ECF System, which will send notifications to all counsel of record.

Respectfully Submitted,

*/s/ Melissa Ryan Clark*
Melissa Ryan Clark
FEGAN SCOTT, LLC
140 Broadway, 46th Floor
New York, NY 10005
Telephone: (347) 353-1150
Facsimile: (312) 264-0100
melissa@feganscott.com

*Counsel for Plaintiffs*