## AMENDED CERTIFICATRE OF SERVICE

I, Dean N. Panos, hereby certify that, in accordance with Rule 4.1(a) of the Judicial Panel on Multidistrict Litigation, I caused a true and correct copy of Beech-Nut Nutrition Company, Campbell Soup Company, Gerber Products Company, The Hain Celestial Group, Inc., Nurture, Inc., Plum, PBC, and Sprout Foods Inc.'s Response to Motion to Transfer to be served upon counsel of record in this case via the U.S. Judicial Panel on Multidistrict Litigation CM/ECF system on April 13, 2021, which effects service of all electronic filings on all registered users.

In addition, on April 20, 2021, I caused a true and correct copy of Beech-Nut Nutrition Company, Campbell Soup Company, Gerber Products Company, The Hain Celestial Group, Inc., Nurture, Inc., Plum, PBC, and Sprout Foods Inc.'s Response to Motion to Transfer to be served upon the following parties via first class U.S. mail, postage prepaid:

North Castle Partners
183 East Putnam Avenue
Greenwich, CT 06830

Walmart Inc.
702 S.W. 8th St.
Bentonville, AR 72716

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 20, 2021 in Western Springs, Illinois.

Dated: April 20, 2021                    /s/ *Dean N. Panos*

Dean N. Panos
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
T: 312-222-9350
F: 312-527-0484
dpanos@jenner.com

*Attorneys for Defendant*
*The Hain Celestial Group, Inc..*

1